UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ERNEST DEMEL,                                         :

                                    Plaintiff,        :

                         v.                           :

GROUP BENEFITS PLAN FOR EMPLOYEES OF                  :
NORTHERN TELECOM, INC., dated as of January 1,        :
1982, TRUSTEES AND ADMINISTRATOR OF THE               :
GROUP BENEFITS PLAN FOR EMPLOYEES OF                  :
NORTHERN TELECOM, INC., EMPLOYEE                      :
BENEFITS COMMITTEE OF                                 :
NORTHERN TELECOM, INC., NORTHERN                      :
TELECOM INC. RETIREMENT PLAN FOR                      :
EMPLOYEES, TRUSTEES AND                               :
ADMINISTRATOR OF NORTHERN TELECOM,                    :
INC. RETIREMENT PLAN FOR EMPLOYEES, and               :
THE PRUDENTIAL INSURANCE COMPANY                      :
OF AMERICA                                            :

                                    Defendants.       :

------------------------------------------------------------------x

Index No.

## 07  CV  189

**COMPLAINT**

Plaintiff, ERNEST DEMEL, by and through his attorneys, Legal Services for the

Elderly and Dickstein Shapiro LLP alleges as follows:

## NATURE OF ACTION

1. Plaintiff, Ernest Demel, brings this action to seek an award of disability income

benefits pursuant to Group Benefits Plan for Employees of Northern Telecom, Inc., dated as of

January 1, 1982 (Plan Number 506) ("Benefits Plan") and the Northern Telecom, Inc. Retirement

Plan for Employees, dated as of January 1, 1984 ("Retirement Plan").  The Benefits Plan and

Retirement Plan provided disability and retirement benefits to employees of Northern Telecom,

incorporated herein as Exhibit A. A true and correct copy of the Retirement Plan is attached
hereto and by that reference incorporated herein as Exhibit B. This action is made pursuant to
§502(a)(1)(B) of ERISA (29 U.S.C. §1132(a)(1)(B)).

      2. In the alternative, plaintiff brings an action under §502(a)(3) of ERISA seeking
equitable relief in the form of a declaration of Mr. Demel's eligibility for benefits and/or the
issuance of an injunction requiring Defendants to permit Mr. Demel to apply for benefits and
have his claim adjudicated on its merits.

## JURISDICTION AND VENUE

      3. This Court has jurisdiction over this suit pursuant to 502(a) and (e) of the
Employees Retirement Income Security Act of 1974 ("ERISA"); and in particular, 29 U.S.C.
§§1132(e)(1) and 1132(f), which confers district courts with jurisdiction in cases concerning
employee benefit plans subject to ERISA. All administrative remedies have been exhausted. In
addition, this action is properly before this Court pursuant to 28 U.S.C. §1331, which conveys
jurisdiction over actions arising under the laws of the United States of America. Pursuant to
these provisions, Federal courts have exclusive jurisdiction to hear civil actions brought to
recover benefits due under the terms of an employee welfare benefit plan.

      4. The ERISA statute provides a mechanism for administrative or internal appeal of
benefit denials. *See* 29 U.S.C. §1133. Those avenues of appeal have been exhausted.

      5. The Southern District of New York, where Plaintiff resides and which is the place
of Defendants' breach of their obligations to him, is an appropriate venue pursuant to 29 U.S.C.
§ 1132(e)(2).

6. Ernest Demel ("Mr. Demel" or "Plaintiff") is and was a resident of New York, New York at all times relevant hereto.

7. Mr. Demel worked for Northern Telecom, Inc. ("Nortel") on a full-time basis for approximately two-and-one-half years from August 17, 1981 through February 3, 1984, the date he was rendered disabled in an automobile accident. The Social Security Administration of the United States Department of Health and Human Services ("SSA") has awarded Mr. Demel Disability Insurance Benefits, based on its determination that he has been unable to engage in any form of substantial gainful activity since the date of his automobile accident in 1984. The determination by the Administrative Law Judge finding Mr. Demel completely disabled is attached hereto as Exhibit C.

8. The Defendants are employee benefits plans and the administrator and trustees of those plans. As a consequence of his employment, at all times relevant hereto, Mr. Demel had been a participant in both the Benefits Plan and the Retirement Plan. The Benefits Plan and Retirement Plan provided disability and retirement benefits to employees of Northern Telecom, Inc.

9. Upon information and belief, Defendant The Prudential Insurance Company of America is an insurance company that provides claims administration services to Northern Telecom Inc.

10. Upon information and belief, Nortel provided Long Term Disability Benefits under the Benefits Plan, which is administered by the Employee Benefits Committee and The Prudential Insurance Company of America.

Upon information and belief, Nortel created the Retirement Plan and administers it through its Employee Benefits Committee.

12.  Upon information and belief, Nortel enjoyed and continues to enjoy significant federal tax advantages by making contributions to these plans while claiming compliance with the requirements of ERISA, including the requirement of section 29 U.S.C. § 1104(a)(1) that employee benefit and retirement plans be administered solely in the interest of its participants and beneficiaries.

## STATEMENT OF FACTS

**A.    Events Leading To Mr. Demel's Disability And Status As A Disabled Worker**

13.  On August 17, 1981, after being interviewed in New York City, Mr. Demel, began his employment at Nortel as a field engineer for the Eastern Region.  Mr. Demel's base office was in New York.

14.  After completing the training program, Mr. Demel was promoted to DMS/SL Engineer II, a position that required him to spend approximately eighty percent (80%) of his work time traveling to and working at numerous job sites throughout the United States.

15.  In early February 1984, Mr. Demel was required to travel to a project site in Middletown, Connecticut.  Because the job site was a substantial distance from his residence, Mr. Demel had to travel by automobile from a local hotel.

16.  At approximately 8:00 a.m. on February 3, 1984, while driving from his hotel to the job site, Mr. Demel's car skidded off the road because of icy conditions.  As a result of this accident, Mr. Demel suffered extensive physical injuries as well as psychological and emotional trauma.  These injuries included a herniated disc, damage to his right leg, nerve damage in his

neck, palmar hyperhydrosis, post-traumatic stress disorder and severe depression. Due to these impairments, Mr. Demel has been unable to engage in any substantial gainful activity since that date.

17. After this accident, Mr. Demel received five (5) days of sick leave at full salary. Beginning on February 10, 1984 and continuing to February 29, 1984, Mr. Demel received short-term disability benefits from Nortel under the terms of the Benefits Plan.

18. During the four (4) weeks he was on short term disability, Mr. Demel received benefits equaling 100% of his salary. Upon information and belief, Nortel was able to offset this amount with recovery from worker's compensation for which Nortel applied on February 8, 1984, with Nortel's carrier at the time, Liberty Mutual Insurance Company.

19. At the time of his injury and immediately thereafter, Mr. Demel was not given a Summary Plan Description nor was he verbally informed of his rights under the Plan.

20. In early March 1984, pursuant to his doctor's restrictions on the duties that Mr. Demel could perform given his impairments, Nortel enrolled Mr. Demel in a five week training program at Nortel in Dallas, Texas where he took courses in data transmission engineering.

21. Following his completion of the training course, Mr. Demel did not receive work commensurate with his training, education or past experience but rather was temporarily assigned to on-the-job vocational rehabilitation at a storage warehouse in Dallas, Texas, an unskilled position that did not involve any of the duties in which he normally engaged nor any of the duties for which he was trained. This was not a reasonable work assignment commensurate with his training, education or past experience.

22. Mr. Demel made several calls to his regional manager to complain about the rehabilitation work at the warehouse, which occasionally involved heavy lifting beyond Mr.

Demel's physical ability, and he repeatedly requested a transfer to an appropriate assignment. Nortel never made such a transfer.

23. Upon information and belief, while he was in the rehabilitation program, Mr. Demel was taken off short term disability and put back on Nortel's payroll as a regular full time employee.

24. Mr. Demel was not informed in writing or verbally that he was being taken off short term disability or that his status was changing in any way while he attended vocational training.

25. On April 30, 1984, Mr. Demel was summoned to Nortel's Dallas office, at which time he was terminated.

26. On May 1, 1984, Mr. Demel requested a reason for his termination. On that day, Nortel's human resource department only stated that he had been terminated for violation of company rules. Although he immediately denied having committed any such violation, Nortel did not provide Mr. Demel with any of the evidence upon which this accusation was based. Further, Nortel did not provide Mr. Demel with any opportunity to rebut the accusation that was the ostensible reason for his dismissal.

**B.    Defendants' Failure to Notify Mr. Demel of Long Term Disability and Retirement Benefits Rights as Required by ERISA §102(a), 29 U.S.C. §1022(a).**

27. During his employment by Nortel, Defendants failed to provide Mr. Demel with a Summary Plan Description ("SPD"), giving him notice of his rights under the Benefits Plan. This notice was required to be given to Mr. Demel by ERISA § 102(a), 29 U.S.C. § 1022(a).

28. Despite their knowledge of Mr. Demel's severe physical and mental impairment and the significant possibility that he would meet the Benefits Plan's criteria for short term and

long term disability benefits. Defendants never attempted by any means to inform Mr. Demel of his rights under the Benefits Plan or Retirement Plan. Mr. Demel's disability entitles him to retirement benefits. Additionally, at the time of his termination, Mr. Demel was not provided with any notification or documentation regarding any rights that he may have had under either plan.

29. Mr. Demel inquired about his rights to disability benefits in October of 1986. On November 11, 1986, Nortel sent Mr. Demel a letter stating that Liberty Mutual Insurance Company ("Liberty Mutual") would be handling his claim. A true and correct copy of this letter is attached as Exhibit D. As set forth below, Liberty Mutual took an active role in Mr. Demel's workers compensation hearing, but Liberty Mutual did not provide Mr. Demel with any information regarding the Benefits Plan or the Retirement Plan. Further, in 1987, Mr. Demel filed suit against Nortel in the Civil Court of the City of New York, County of Queens, seeking recovery of unpaid travel expenses he incurred while participating in vocational rehabilitation. Nortel never answered that complaint.

C.    **Mr. Demel's Successful Attempt to Obtain Social Security Disability Insurance Benefits.**

30. Approximately one and a half years after Mr. Demel's termination from Nortel, he applied to the Social Security Administration of the United States Department of Health and Human Services ("SSA") for Disability Insurance Benefits ("SSDI").

31. On January 20, 1989, after reviewing the relevant medical documents, considering Mr. Demel's vocational rehabilitation period and conducting an evidentiary hearing where he was able to question Mr. Demel under oath, evaluate his responses, and observe his

demeanor, an SSA Administrative Law Judge ("ALJ") issued a decision finding that Mr. Demel was unable to engage in any form of substantial gainful activity. The decision listed the disability onset date as March 27, 1987.

32. On November 22, 1999, a different SSA ALJ issued a second decision (the "Amended SSA Decision") that corrected and superseded the first decision by finding that Mr. Demel's disability dated from the time of his automobile accident on February 3, 1984, based upon the evidentiary hearing. At the hearing, a medical expert testified as to the extent of Mr. Demel's injuries and in support of the fact that Mr. Demel was disabled as of the date of his accident. A copy of the Amended SSA Decision is annexed hereto as Exhibit C.

**D.     Mr. Demel's Exhaustion of Administrative Remedies.**

33. After Mr. Demel's termination, Nortel filed workers' compensation claim forms for him with their workers' compensation carrier, Liberty Mutual Insurance. Immediately thereafter, a series of workers' compensation hearings ensued which continued until settlement in July, 2006.

34. Through its representatives, Nortel took an active role in the workers' compensation hearings. Throughout that time, Mr. Demel insisted that he was entitled to Long Term Disability Benefits, but Nortel ignored his requests. In fact, Nortel has recognized both that Mr. Demel has asserted his rights to benefits for years and that no response has been forthcoming from Nortel, as further set forth below.

35. After years of being unable to obtain information through his own efforts, on November 3, 2000, Mr. Demel retained counsel at Legal Services for the Elderly, a poverty law office, to investigate and help him obtain any benefits to which he was entitled.

36. On November 3, 2000, counsel sent a letter to the Nortel Benefits Department on Mr. Demel's behalf, asking that it inform him of the status of Mr. Demel's claim, that it furnish him with any forms that he or his physicians needed to complete, that his claim be processed "as expeditiously as possible in light of the extreme hardship of Mr. Demel's situation," and that it send counsel "copies of the Plan and Summary Plan Description, and relevant amendments thereto." A copy of the November 3, 2000 letter is annexed hereto as Exhibit E.

37. Nortel did not respond to this November 3 letter and over the next six months, counsel made numerous telephone calls to Nortel. On January 19, 2001 and April 5, 2001 counsel sent additional letters to Nortel renewing the requests made in the November 3 letter. A true and correct copy of those letters are annexed hereto as Exhibit F and G, respectively. In the April 5, 2001 letter, Mr. Demel's counsel reiterated that Mr. Demel still had not been provided with the plan materials to which he was entitled.

38. On May 7, 2001, counsel spoke by telephone to Ruth Hillis, Nortel's Senior Benefits Counsel, in Nashville, Tennessee, who disputed Mr. Demel's entitlement to benefits and asserted that he had been terminated because of his own unspecified "malfeasance." Ms. Hillis insisted that there could be "no dispute" because Nortel's records supported Nortel's position. Mr. Demel's counsel noted Mr. Demel's disagreement and again requested relevant documents including the Benefits Plan and the SPD. Ms. Hillis responded that if the documents still existed she would send them, even though she believed Mr. Demel had no right to see them. As set forth below, a copy of the Benefits Plan eventually was received from Ms. Hillis on or about August 20, 2001.

Labor and Employee Relations department, inquiring about relevant documents and giving

further information regarding Mr. Demel's eligibility for both a disability benefit and disability

retirement pension.

40. On July 11, 2002, Mr. Demel's counsel sent a letter to Ms. Carson, requesting

adjudication of Mr. Demel's rights under the Benefits Plan. A copy of the July 11, 2002 letter is

annexed hereto as Exhibit H. That letter also requested an explanation for why Mr. Demel was

not ever given any forms or an application for applying for long term disability benefits.

41. On July 26, 2002, Ms. Carson responded by letter, refusing to submit Mr.

Demel's claim to formal adjudication. Instead, Ms. Carson stated that Nortel's position is that

Mr. Demel is not eligible for benefits under the Benefits Plan, despite the SSA's finding that Mr.

Demel has been disabled since the date of his accident. Ms. Carson's letter did not contain any

information required of a denial of claim pursuant to statute. A copy of the July 26, 2002 letter

is annexed hereto as Exhibit I.

42. In Ms. Carson's July 26, 2002 letter, she acknowledged that Mr. Demel had been

seeking a resolution of his claim for benefits under the Benefits Plan "for years" prior to her

letter.

43. On February 26, 2004, another letter was sent on behalf of Mr. Demel. This

letter was addressed to Ruth Hillis, of Nortel's Employee Benefits Committee, and the Plan

Trustee. This letter again requested formal adjudication of Mr. Demel's claim under the Benefits

Plan. After counsel for Mr. Demel subsequently contacted Nortel by telephone, Ms. Paula

Holden responded to this letter on behalf of the Nortel Employee Benefits Committee on July 12,

2004. This July 12, 2004 letter provided Mr. Demel with the information necessary to pursue an

administrative review of his claim. A copy of the February 26, 2004 letter is annexed hereto as Exhibit J. A copy of the July 12, 2004 letter is annexed hereto as Exhibit K.

44. Later, a November 12, 2004 letter written by a representative of The Prudential Insurance Company of America denied Mr. Demel benfits pursuant to the Benefits Plan. That November 12, 2004 letter also provided Mr. Demel with the information necessary to pursue an administrative review of his claim. A copy of the November 12, 2004 letter is annexed hereto as Exhibit L.

45. As set forth more fully below, Mr. Demel pursued that review to no avail.

### Retirement Plan

46. On May 30, 2001, Mr. Demel's counsel sent Ms. Hillis a letter stating, *inter alia*, that due to Mr. Demel's favorable SSDI decision, he met "the standard of § 4.4.2.1" for an award of a disability retirement benefit under the terms of the Retirement Plan. Section 4.4.2.1 provides that a member of the Plan "is eligible to receive a Disability Insurance Benefit as provided in the Social Security Law of the United States of America." The letter added: "If you do not agree, please explain why, and indicate whether in stating your opinion you are issuing a final or non-final decision on behalf of the Plan." A copy of the May 30, 2001 letter is annexed hereto as Exhibit M.

47. On June 14, 2001, Ms. Hillis sent Mr. Demel's counsel a letter stating, *inter alia*, that she was "not the administrator of the plan," that her "prior letter" had been intended only to address counsel's "request for particular information," and that "[i]f Mr. Demel desires to file a formal claim for benefits under the Retirement Plan he should send such a claim to the Employee Services address at P.O. Box 1310, Mailstop 11A0110B5, Research Triangle Park, North Carolina." A copy of the June 14, 2001 letter is annexed hereto as Exhibit N.

from Ms. Hillis a portion of the Retirement Plan along with a copy of the Benefits Plan, but not

the SPD. This response was received only after counsel for Mr. Demel wrote to Nortel on June

22, 2001 and August 8, 2001. Unfortunately, the copy of the Retirement Plan was incomplete as

it only included certain excerpted pages. Ms. Hillis' cover letter stated that the short term

disability benefits paid to Mr. Demel immediately after his accident were part of a "salary

continuation program," not an ERISA plan. No documentation was provided to support this

statement. A full copy of the Retirement Plan was received by Mr. Demel's counsel on August

27, 2001.

49. On September 26, 2001, Mr. Demel's counsel wrote to the Plan Administrator at

the address provided by Ms. Hillis, enclosing a copy of the Amended SSA Decision. The letter

reiterated the reasons Mr. Demel was entitled to benefits under the Retirement Plan. The letter

also requested that Mr. Demel's counsel be sent any forms that needed to be filled out, asked that

his counsel be informed if any further medical evidence was needed, and stated that it should be

treated "as a formal request for a favorable decision." A copy of the September 26, 2001 letter is

annexed hereto as Exhibit O.

50. Nortel responded to the September 26, 2001 letter with an October 3, 2001 letter

from Charlotte Cox, an employee of Pricewaterhouse Coopers, that was only two sentences long

and flatly stated that Mr. Demel was not entitled to benefits. No reasoning or authority was

cited. On October 9, 2001, counsel for Mr. Demel requested an explanation for that conclusion

and a clarification regarding who the plan administrator was and what Pricewaterhouse Coopers'

role was with respect to administering the Retirement Plan. Receiving no response, counsel for

Mr. Demel wrote to Ms. Cox again on January 9, 2002, renewing his request for information.

Ms. Cox replied on Feburary 4, 2002, providing the summary plan description for the Retirement Plan and again flatly stating that Mr. Demel was not entitled to benefits.

  51. As mentioned above, on July 9, 2002, Mr. Demel's counsel telephoned Barbara Carson of Nortel's Labor and Employee Relations department, inquiring about relevant documents and giving further information regarding Mr. Demel's eligibility for both a disability benefit and disability retirement pension. In addition, the July 11, 2002 letter mentioned above requested information from Nortel regarding the Retirement Plan.

  52. On February 10, 2004, Nortel sent to Mr. Demel a letter responding to an inquiry made by him regarding his entitlement to Retirement Benefits. In this February 10, 2004 letter, Nortel contended that Mr. Demel had no vested benefit in the Retirement Plan. A copy of this February 10, 2004 letter is annexed hereto as Exhibit P.

  53. On July 26, 2004, Nortel sent to Mr. Demel a letter denying his claim for benefits under the Retirement Plan. A copy of this July 26, 2004 letter is annexed hereto as Exhibit Q. Mr. Demel appealed this determination, as further set forth below.

<u>**Final Adjudication**</u>

  54. After repeated efforts by counsel to have Mr. Demel's claims reviewed, in 2005 Nortel finally adjudicated Mr. Demel's claims under the Benefits Plan. As Mr. Demel had reached retirement age, Nortel also adjudicated Mr. Demel's claims for retirement benefits under the Retirement Plan.

  55. Mr. Demel's claims for disability retirement benefits under the Retirement Plan were finally considered by Nortel in 2005. Mr. Demel's claim under the terms of the Retirement Plan was denied in a letter dated January 31, 2005, from Mr. John Scannapieco, on behalf of the

Nortel Benefits Committee. A copy of this January 31, 2005 letter is annexed hereto as

Exhibit R.

56.  Mr. Demel's claims for Long Term Disability Benefits under the Benefits Plan also were denied on June 7, 2005.  A copy of this June 7, 2005 letter is annexed hereto as Exhibit S.

57.  Having exhausted all of his administrative remedies, Mr. Demel now brings suit. To the extent any further administrative remedies are available to Mr. Demel, pursuing such remedies would be futile.

## FIRST CLAIM FOR RELIEF
### (Breach of the Benefits Plan)

58.  Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 57 above as if set forth more fully herein.

59.  According to the Benefits Plan, "[an employee is] considered totally disabled at any time [he is] unable to work because of disease or injury."

60.  Under the Benefits Plan, during the first 24 months of "total disability," an employee is considered "unable to work" if he cannot work at the type of occupation in which he normally engages and this period only ends when an employees starts work at any "reasonable occupation."  Vocational rehabilitation or part-time work for the purposes of vocational rehabilitation do not constitute a "reasonable occupation" under the Benefits Plan.

61.  Upon information and belief, the five (5) week training program attended by Mr. Demel at Nortel's request and the temporary warehouse position to which he was assigned following the training constituted vocational rehabilitation under the Plan and was not a "reasonable occupation."

14

62. The terms of the Benefits Plan provided that while participating in a rehabilitation program "[an employee] will not lose [his] eligibility for benefits."

63. Under the terms of the Benefits Plan, Nortel was required to keep Mr. Demel on short term disability benefits during his training and temporary assignment.

64. The Defendants failed to explain to Mr. Demel that he was being removed from short term disability and to explain the consequences of such an action to his rights under the Plan as required under ERISA and the Plan. In doing so, the Defendants failed to afford him the opportunity to dispute their decision at that time.

65. Defendants' wrongful termination of Mr. Demel's short term disability benefits under the Plan resulted in his purported ineligibility for long term disability benefits and the denial of retirement benefits.

66. Defendants wrongfully denied Mr. Demel benefits in contravention of the terms of the Benefit Plan.

67. As a result of the foregoing, Mr. Demel is entitled to recover benefits pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), including an order directing Defendants to pay all benefits wrongly withheld.

### SECOND CLAIM FOR RELIEF
(Breach of the Retirement Plan)

68. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 67 above as if set forth more fully herein.

69. Section 2.1.4 of the Retirement Plan provides that a new employee shall become a member of a plan "on the later of the first anniversary of the date that he commenced his

employment and age 25." Mr. Demel became a member of the Retirement Plan on August 17, 1982.

70. Section 4.4.1 of the Retirement Plan provides that a disability pension will be provided to a plan member who is rendered totally and permanently disabled. Section 3.1.4 of the Retirement Plan provides for the accrual of Benefit Service, as defined therein, for plan members who are totally and permanently disabled provided the plan member had accrued one year of Vesting Service, as defined therein. At the time he became totally and permanently disabled, Mr. Demel had accrued more than one year of Vesting Service.

71. Section 4.4.2.1 of the Retirement Plan states that an active member will be considered totally and permanently disabled if "[h]e is eligible to receive a Disability Insurance benefit as provided in the Social Security Law of the United States."

72. On March 22, 1999, the Amended SSA Decision found that Mr. Demel was eligible to receive a disability insurance benefit as provided under the Social Security Law of the United States and that his disability began while he was an active member of the Retirement Plan on February 3, 1984.

73. Section 502(a)(1)(B) of ERISA, 29 U.S.C.A. § 1132(a)(1)(B) provides that an action may be brought by a plan beneficiary "to enforce his rights under the terms of the plan."

74. Defendants, through their actions and omissions, have prevented Mr. Demel from receiving benefits to which he would be entitled under the terms of the Retirement Plan.

75. As a result of the foregoing, Mr. Demel therefore is entitled to recover benefits pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), including an order directing Defendants to pay all benefits wrongly withheld and to make the future payments that would be due him as a recipient of a disability retirement pension.

THIRD CLAIM FOR RELIEF
(Violation of Title I of ERISA)
Case 1:07-cv-00189-GBD   Document 1   Filed 01/10/07   Page 17 of 115

76. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 75 above as if set forth more fully herein.

77. Pursuant to § 404 of ERISA, 29 U.S.C. § 1104, Defendants had a fiduciary duty to discharge their duties "solely in the interests of the participants and beneficiaries" of a plan.

78. Despite their knowledge of his impaired physical and mental condition and the significant possibility of his eligibility, Defendants failed to fulfill their fiduciary duty to Mr. Demel when they failed to provide any assistance to him in making a claim for long term disability or retirement benefits at the time he became disabled and for several years thereafter.

79. In failing to fully inform Mr. Demel of his rights at the time he became disabled and in their administration of the plans, Defendants failed to meet the requirements of § 503 of ERISA, 29 U.S.C. § 1133. Defendants failed to "provide adequate notice in writing to any participant or beneficiary whose claim for benefits under the plan has been denied, setting forth the specific reasons for such denial, written in a manner calculated to be understood by the participant" and failed to provide a reasonable opportunity for fiduciary review of the denial of his claim.

80. Defendants administered the claims procedure in a manner "that unduly inhibits or hampers the initiation or processing of claims for benefits," contrary to Federal regulations. 29 C.F.R. § 2560.503-1(b)(3).

81. Defendants failed to implement the Plan in a manner that provides Mr. Demel with "administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents." Defendants also failed

to ensure that Mr. Demel was treated like "similarly situated claimants." 29 C.F.R. § 2560.503-
1(b)(5).

82.  Defendants failed to provide Mr. Demel with reasonable claims procedures, in
violation of Federal regulations promulgated by the Secretary of Labor, to implement § 503 of
ERISA, 29 U.S.C. § 1133.  29 C.F.R. § 2560.503-1.

83.  In the event that relief cannot be granted under ERISA § 502(a)(1)(B), 29 U.S.C.
§ 1132(a)(1)(B), this Court should grant Mr. Demel equitable relief under § 502(a)(3) of ERISA,
29 U.S.C. § 1132(a)(3) so as to have redress for Defendants' violations of Title I, in that those
violations, separately or in combination, prevented him from obtaining benefits that otherwise
would have been due under the terms of the plans.

84.  Appropriate equitable relief under these circumstances would include a decision
declaring Mr. Demel's eligibility for benefits and/or the issuance of an injunction requiring
Defendants to permit Mr. Demel to apply for benefits and have his claim adjudicated on its
merits.

WHEREFORE, Plaintiff Ernest Demel respectfully requests that judgment be
awarded against Defendants as follows:

a.  On the First Claim For Relief, that Defendants pay damages sustained by
Plaintiff as a consequence of their breach;

b.  On the First Claim For Relief, a declaration that Plaintiff is entitled to short
term and long term disability benefits under the terms of the Benefits Plan;

c.  On the Second Claim For Relief, that Defendants pay damages sustained
by Plaintiff as a consequence of their breach;

d.  On the Second Claim For Relief, a declaration that Plaintiff is entitled to benefits under the terms of the Retirement Plant;

e.  On the Third Claim For Relief, that Defendants pay damages sustained by Plaintiff as a consequence of their violation;

f.  On the Third Claim For Relief, a declaration that Plaintiff is entitled to have his claim adjudicated on its merits;

g.  On all counts, reasonable costs, expert witness fees and attorneys' fees;[1] and

h.  Any and all other relief as the Court may deem just and proper.

New York, New York
Dated: January 9, 2007

By: _Gary Steine_____
Gary Steven Stone (GSS5563)
Legal Services for the Elderly
130 West 42nd Street, 17th Floor
New York, New York 10036-7803
Tel: (646) 442-3316
Fax: (212) 719-1939

**Attorney for Plaintiff**

*Of Counsel*
Jeremy King (JK6835)
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 277-6718
Fax: (212) 277-6901

---

[1] The reasonable attorneys' fees of Legal Services for the Elderly are not being sought in this action.

**nt**

**northern telecom**

**GROUP BENEFITS PLAN**

1-1-82

# Your Benefit Plan

The Plan Summary issued to you as a part of this Booklet summarize coverages and amounts that are available to you.

You will become covered for the benefits described only if you are eligible roll for each coverage as required and agree to make any required contributi

Source of Benefits — The Employee Term Life and Accidental Death and membership Insurance and Dependents Term Life Insurance is prov under a group insurance policy underwritten by The Prudential Insurance C pany of America. The Long Term Disability and Medical Benefits are prov directly by Northern Telecom Inc. through a self-funded program under w The Prudential Insurance Company of America will provide certain admin tive and claim services.

NORTHERN TELECOM

# Table of Contents

## PART I

### Term Life and Accidental Death and Dismemberment Insurance
### Underwritten by The Prudential Insurance Company of Americ

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Employee Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Employee Accidental Death and Dismemberment Insurance . . . . . . . . . . . .
Dependents Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Termination of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PART II

### Long Term Disability and Medical Expense Benefits.
### Provided by Northern Telecom Inc.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Long Term Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Medical Expense Benefits Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Hospital Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Convalescent Facility Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Surgical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Second Surgical Opinion Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Physicians Expense Benefits (In Hospital) . . . . . . . . . . . . . . . . . . . . . . . . . . .
Diagnostic Laboratory and X-Ray Expense Benefits . . . . . . . . . . . . . . . . . .
Supplemental Accident Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Major Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Dental Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Miscellaneous Medical Expense Provisions . . . . . . . . . . . . . . . . . . . . . . . . . .
Termination of Coverage Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Extension of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Conversion Privilege for Medical Expense Benefits . . . . . . . . . . . . . . . . . . .
General Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PART III

Insurance Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Summary Plan Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# Part I

# Employee Term Life and Accidental Death and Dismemberment Insurance

# and

# Dependents Term Life Insurance

Underwritten by The Prudential Insurance
Company of America

–1–

Case 3:07-cv-00185-GED    Document 1    Filed 01/10/07    Page 25 of 115

employee in an Eligible Class shown in the Plan Summary,
verse for Employee Term Life and Accidental Death and
surance and Dependents Term Life Insurance under the
on or after the Effective Date shown in the Plan Summary
gible and have enrolled for the coverage.

or Contributory Life and Accidental Death and Dismem-
within 31 days after you first become eligible for that
required to furnish evidence of your good health and that
become effective until Prudential has determined that evi-
ory

lected away from work on the date you would otherwise
ur coverage will not start until you return to active work.

inc... your wife or husband (except in the event of di-
, and your (unmarried) children who are 14 days of age but
f age. However, no dependent will be eligible while that
yed, and is covered under his employer's group benefits

wn lawfully adopted child, any step child, foster child or
re legal guardian may be included the same as your own
hild depends on you for support and maintenance and lives
parent-child relationship.

d child age 19 or more but less than age 25 who is a full-
ducational institution and depends wholly upon you for
ance will also be considered your eligible dependent.

le a dependent while covered as an employee or while
vice.

requirements for covering your dependents shown in the
of t... Plan Summary, an eligible dependent will become
. However, if a dependent is confined for medical care or
itution or at home when coverage would normally start,
t be covered until given a final release by the doctor from

-2-

-3-

# Your Term
# Life Insurance

See the Plan Summary for the amount of insurance available to you.

Your Term Life Insurance will be paid to any beneficiary you name if y...
from any cause. You may change your beneficiary whenever you wish.

## Insurance During Total Disability

If you become totally disabled, contact your Employer as soon as poss...
determine what arrangements can be made to continue your insurance.
become totally disabled before age 60, your Employer may pay the full...
your Term Life Insurance while you remain totally disabled. To hav...
Employer pay the cost of this insurance, you must furnish proof of total d...
ity between nine and twelve months after the disability commenced, a...
required thereafter. Should you die during the first 12 months of total d...
ity, your insurance will be paid even if you had not furnished proof...
disability or premiums had not been continued.

## Change To An Individual Policy

During the 31 days following termination of your employment, yo...
change your Group Term Life Insurance, without having to furnish evide...
good health, to one of a number of Prudential individual life policies. The...
will be effective at the end of the 31-day period, and the premiums will...
same as you would ordinarily pay if you applied for an individual policy...
time. If you die during this 31-day period, your Group Term Life Insuran...
be paid whether or not you have applied for an individual policy.

The amount of any reduction in your Term Life Insurance due to your ...
ment of age 70 or retirement may be changed to an individual policy unc...
same conditions described above.

## Certificate

Refer to your Certificate at the end of this booklet for additional informati...
your life insurance.

## Term Life Insurance For Your Dependents

The amount of Term Life Insurance shown in the Plan Summary will be ... you if one of your covered dependents dies.

**Change To An Individual Policy**

During the 31 days following termination of your employment, arrang... may be made to change each dependent's term life insurance to o... number of Prudential individual life insurance policies without the ... furnish evidence of good health. The policy will be effective at the end o... day period, and the premium will be the same as would ordinarily be p... individual policy were applied for at that time. If a dependent dies durin... day period, the dependent's Term Life Insurance will be paid whether o... individual policy was applied for.

This privilege also is available for a covered dependent if you should ... the dependent ceases to be eligible for the Term Life Insurance.

**Certificate**

Refer to your Certificate at the end of this booklet for additional informa... your Dependents Term Life Insurance.

---

**Accidental** **and** **Dismemberment** **...ce**

...mation for the amount of insurance available to you.

...be paid for any of the following losses as the result of an... on or off the job while you are insured. It is payable regard... ance ...

... Full Amount of Insurance (Paid to your beneficiary)

...es, ... Full Amount of Insurance (Paid to you)

...one foot, ...ight of one eye, or ...ght of one eye ... One-half the Amount of Insurance (Paid to you)

...ath Dismemberment Insurance does not cover loss that... 90 days after the accident, nor any loss resulting from war... (declared and armed aggression), suicide, attempted suicide,... infirmity or disease, or an infection other than a pyogenic... cidental cut or wound.

...for losses due to any one accident will not be more than... insurance.

...icat the end of this booklet for additional information on... ath and Dismemberment Insurance.

Case 1:07-cv-00189-GBD Document 6 Filed 01/19/08 Page 27 of 115

nation of
nce
ions

tinue your contributions.
urage is discontinued. The contributory insurance will termi-
ll terminate if you cease to be a member of the eligible classes,

OF INSURANCE

work will be considered to be immediate termination of
ceptial that if you are absent from active work because of sick-
nporary lay-off, or leave of absence, employment may be
nue for the purposes of some of the coverages up to the limits
group contract.

eral Only

re work for any reason, you should find out immediately from
what coverages, if any, can be continued in force so that you
xercise any rights you may have under the plan.

overage will terminate when the dependent ceases to be an
nt, your coverage terminates, the plan terminates, or you fail to
ad contribution.

RTIFICATES

described more fully in the certificate at the end of this book-
the insurance for each individual is governed at all times by the
of the Group Insurance policy or policies issued by Prudential.

# Part II

# Long Term Disability, Medical Expense

## and

# Dental Expense Benefits

These benefits are provided by Northern Telecom Inc. under a self-
program. Under this program, The Prudential Insurance Company of
will provide certain administrative claim services.

lity
ions

anent full-time employee in an Eligible Class shown in the Plan
will become covered for Long Term Disability, Medical Expense
ense Benefits under the plan on the first day on or after the
own in the Plan Summary on which you have met the require-
ge shown in the Eligibility Provisions of the Plan Summary and
r the coverage.

isabled and away from work on the date you would otherwise
l, your coverage will not start until you return to active work.

n (family member) means, in addition to yourself, any one
dependents who is covered under this plan.

ents

nts include your wife or husband and your unmarried children
9 years of age.

ur own or lawfully adopted child, any step child, foster child, or
ou are a legal guardian may be included the same as your own
e child depends on you for support and maintenance and lives
ular parent-child relationship.

rried child age 19 or more but less than age 25 who is a
in educational institution and depends wholly upon you for
ntenance will also be considered your eligible dependent.

e eligible for benefits both as an employee and as a depen-
pendent of more than one employee. A dependent cannot
unless you are covered.

he requirements for covering your dependents shown in the
ons of the Plan Summary, an eligible dependent will become
itely or

poses of any Medical, Major Medical or Dental Expense Bene-
e plan, if a dependent is confined for medical care or treatment
or home when coverage would normally start, the depen-
overed until given a final release by the doctor from all such

# Your Long Term Disability Benefits

This plan will pay you Monthly Income Benefits for a period of total
caused by an accidental bodily injury or disease. There is a waiti
which must elapse before benefits become payable. This is describ
Plan Summary.

## Total Disability

You are considered totally disabled at any time that you are unabl
because of the disease or injury.

During the first 24 months of a period of total disability, you will be c
unable to work if you cannot work at the type of occupation in w
normally engage.

After the first 24 months of a period of total disability you will be c
unable to work only if you are unable to work at any reasonable occu
reasonable occupation is any gainful activity for which you are fitte
education, training or experience, or for which you could reasonabl
fitted.

The rules for determining a "period of total disability" are spelled o
following page.

## Monthly Income Benefit

This benefit for each month is based upon 70% of your "Monthly Rate
Earnings" before you become totally disabled, but the benefit is reduce
"other income benefits" you receive for that month.

## When Benefits Begin

Your Monthly Income Benefits will start as soon as you complete the
Period shown in the Plan Summary, if written proof of your total dis
furnished to Prudential within six months following completion of the
period. If not, benefits will commence on the day six months preceding
written proof is furnished.

## How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remai
disabled, up to the end of the Maximum Benefit Period shown in t
Summary.

## Period of Total Disability

Since benefits are payable only during a period of total disability, it is im
that you understand when this period begins and ends.

al disability will start as soon as you are both totally disabled
...e of a physician. You will not be considered to be under the
...an more than 31 days before he has seen and treated you
...disease or injury causing the total disability.

s totally disabled or you die.

art working at any reasonable occupation. Work at an Ap-
tion Program as defined later will not count as work at a
ation

...e under the care of a physician.

ish age latest required proof of the continuance of your total
...an or refuse to be examined by a physician designated by the

otal disability has ended, any new period of disability will be
...; However, two separate periods of total disability resulting
...related causes which are separated by less than 3 months will
...one period.

ribed for combining two periods of total disability into one
...ply to any additional periods of total disability resulting from
...d causes. Two periods will not be combined unless you were
...emen t at the start of the earlier period.

tefit

'Other income benefits" as

ed from any employer or from any occupation for compensa-

...rent, or unemployment benefits required or provided for
...a government — for example,
...ment compensation benefits,
...v or government disability benefits under any workers' com-
...or any other similar law, which are intended to compensate
...(i) loss of past and future wages, (ii) impairment of earning
...nished ability to compete in the open labor market, and (iii)
...permanent impairment or loss of bodily function or capacity,
...age;

...replacement benefits,
...disability benefits,
...nder the Federal Social Security Act, the Canada Pension Plan,
...ec Pension Plan, including dependents benefits, but not count-
...ase in benefits enacted after the monthly LTD benefit pay-
...arted.

(3) Disability, retirement or unemployment benefits provided under a
insurance or pension plan or any other arrangement of coverage for ir
in a group (whether on an insured or uninsured basis).

Benefits listed above payable to you or your spouse, children or depen
reason of your disability or retirement are included as "other income

For the purposes of this plan, "other income benefits" will be deter
follows:

(1) Any periodic payments will be allocated to monthly periods.

(2) Any single sum payment including any periodic payments whic
your spouse, children or dependents could have elected to receive ir
sum, will be allocated to sixty monthly periods.

(3) Any periodic or single sum payments received as a retroactive aw
be allocated retroactively.

## Monthly Rate of Basic Earnings

Your monthly rate of basic earnings will be determined from the ru
which applies to you, and separately for each period of total disability
active change in your rate of earnings will be considered to take affe
date the new rate is determined.

For all regular hourly and salaried employees — The employee's basi
pay rate in effect for the last complete payroll period before the sta
period of total disability, excluding bonuses, overtime pay or any ot
compensation. If the employee is a piece worker, his average month
work earnings over his basic monthly pay rate for the three months t
start of the period of total disability will be added to his monthly rate
earnings.

Commissioned Salesmen — One twelfth of the total income received
employee's employer, including commissions, for the last full calen
just before the start of the period of total disability. If the employee
been employed for a full calendar year prior to the commencemer
period of total disability, his average monthly income from his empl
cluding commissions, for the 12 months immediately preceding the sta
period of total disability, or the number of months so employed if less
the calculation is based on fewer than 12 months employment, the
ee's monthly rate of basic earnings will not exceed $500.

Executives eligible for an incentive bonus — The employee's basic mo
rate in effect for the last complete payroll period before the start of the
total disability, plus his average monthly bonus for the preceding two f
dar years before the start of the period of total disability, but exclu
other extra compensation.

## Approved Rehabilitation Program

An "approved rehabilitation program" means

(1) a program of vocational rehabilitation, or

# Medical Expense Benefits

## Foreword

The benefits described on the following pages are designed to help you with expenses in connection with medical care. The Medical Expense Ben... any, for which you may cover your dependents, are specified on th... Summary. Benefits for each of your covered dependents will be determi... the same basis as for you except where otherwise specifically provide

Since many people receive benefits for medical care costs under mor... one plan, this plan contains a "Co-Ordination With Other Benefits" pro... which may reduce the benefits of this plan in the event there is other cov... How this provision works is explained in the Miscellaneous Medical Ex... Provisions section. That section also contains exclusions which apply to... the Medical Expense Benefits.

Certain terms used in this Booklet have special meanings. They are defi... the General Provisions Section.

---

rt-time work for purposes of rehabilitation,

idered to begin only when the Plan approves it in writing, and lan withdraws its approval.

this rehabilitation program to help you get back to work. With l, you can continue receiving LTD benefits for a limited time ved rehabilitation program. Thus, you may get back into a with the assurance that for a specified period you will not y for benefits. During this period, your monthly LTD benefit r payment less 80% of your earnings from the rehabilitative

se of a vocational rehabilitation program may be paid, if as is in a program that should make you self-supporting is you will be notified of the type and duration of the expenses ... ... onditions for payment. If you agree to undertake the pro- for the covered expenses will be paid, up to $10,000.

a licensed practitioner of the healing arts acting within the ce; except that with respect to a period of total disability, or f, during which total disability is caused by any condition cally determinable physical impairment, "physician" shall alified physician who either specializes in the practice of re has, by reason of training or experience, a specialized field of psychiatric medicine sufficient to render the neces- d treatment of mental illness.

e of injury — If, at the time you become covered for Long nefits, you have recently been treated for any condition, a abil... that starts within the first 12 months that you are ong-Term Disability Plan will not be covered if its causes are o the causes of the condition for which you were treated. A ndition is a disease or injury for which you received treat- tor drugs or medicines which were prescribed or recom- icle during the three month period just before you last r this benefit.

d for any disability which is in any way caused by any of the

-infected injuries.

n of felony.

of war (whether war is declared or not), insurrection, re- sion in a riot or civil commotion.

Case 7:... cv-00139-GBD Document ... Filed 01/10/07 Page 31 of 115

# Expense

## s

...Hospital Expense Benefit for Board and Room Charges and ...arges in connection with a hospital confinement caused ...occupational disease or non-occupational injury.

## Charges

...e is equal to the actual charges made by a hospital for board ...h day of confinement in a private room, benefits will not be ...d and room charges in excess of the Private Room Limit ...Summary. Benefits will be payable for the Maximum Period ...in the Plan Summary.

## ...rges

...e is equal to the actual charges made for the miscellaneous ...iested below during the period for which board and room ...le, benefits will be payable for the Maximum Period of Bene-...lan Summary.

...niscellaneous services and supplies for which hospital ex-...e payable are the following:

...ade a hospital in its own behalf for necessary services and ...on board and room.
...ade by an agency other than a hospital for necessary profes-...rspe to or from the hospital, up to a maximum amount of ...one continuous period of disability.
...ade by a physician who is not the operating physician or his ...administration of anesthetics other than local infiltration

## ...d of disability

...for the period of hospital confinement up to the Maximum ...shown in the Plan Summary. For you, two or more periods of ...ent are considered one period of hospital confinement unless ...by your return to active work. For a dependent, all periods of ...ent separated by less than three months are considered one ...confinement unless due to entirely unrelated causes.

## Limitations

As this coverage is intended for hospital expenses, benefits are payable under the following conditions.

1. The person must be confined in a hospital.

2. The Hospital Benefit covers Miscellaneous Charges only if they are incurred during a period for which benefits are payable for Board and Room Cha... This requirement will be waived if treatment is given in a hospital and the hospital charge is for services and supplies rendered in connection with a... the same day as a surgical procedure or is for emergency treatment non-occupational injury, given on the day of the injury or the next follo... day.

3. Confinement must commence while the person is covered for this ben...

No benefits are payable for charges for the services of any physician or i... or for any private duty or special nursing services, regardless of whethe... services are rendered under the direction of the hospital or otherwise, c... charges described in the Medical Expense Benefits Exclusions.

If a confinement is in a distinct part of an institution which meets bot... definition of a hospital and of a convalescent facility, then the benefits, i... payable for that confinement will be determined on the basis of the be... payable for convalescent facility confinement rather than those for a ho... confinement.

# Convalescent Facility Expense Benefits

...pay a Convalescent Facility Expense Benefit for Board and Room. Miscellaneous Charges in connection with a convalescent facility caused solely by a non-occupational disease or non-occupational...

## Room Charges

...yable is equal to the actual charges made by a convalescent ...rd and room during a Convalescent Period. However, the benefit ...ch day of confinement in a private room will not exceed the ...acility Private Room Limit shown in the Plan Summary. Benefits ...e for the Maximum Period of Benefits during a Convalescent ... in the Plan Summary.

## Charges

...ayable is equal to the actual charges made for the miscellaneous ...upplies listed below during a Convalescent Period. The benefit ...until the expiration of the Maximum Period of Benefits during a ...Period as shown in the Plan Summary.

...r miscellaneous services and supplies for which Convalescent ...e benefits are payable are the charges made by a convalescent ...wn behalf for the following:

...ial treatment rooms; x-ray and laboratory examinations; physi-...al, speech therapy; oxygen and other gas therapy; and other ...is customarily provided by a convalescent facility except private ...nursing services or physician services.

...gics, solutions, dressings and casts but no other supplies.

## Period

"convalescent period" — In order for a convalescent period to ...dual, must have been confined in a hospital for at least three ...ys and then, within 14 days following the termination of the ...ment, become confined in a convalescent facility to receive ...services and physical restoration services for convalescence ...or disease which caused the hospital confinement. The conva-...will begin on the first day of that confinement in the convales-...j event though there may be several confinements in a Conva-...the Convalescent Period will continue until there has been a ...nsecutive days during which the individual has been free of ...any type of institution providing nursing care.

## Limitations

Since Convalescent Facility Expense Benefits are intended to cover ...ments while convalescing from a disease or injury, Convalescent Facili-...fits will be paid only under the following conditions.

1. The charges must be for services and supplies which are solely ...during a convalescent facility confinement and for convalescing from ...ease or injury which caused the confinement.

2. The charges must be other than in connection with care for ment-...ders. Mental disorders include (but are not limited to) senile deteriorati-...addiction, alcoholism, chronic brain syndrome and mental retardatio...

If a confinement is in a distinct part of an institution which meets ...definition of a hospital and of a convalescent facility, then the benefit ...payable for that confinement will be determined on the basis of the ...payable for convalescent facility confinement rather than those for a ...confinement.

No benefits are payable for charges incurred unless both the hospital ...ment for a particular disease or injury and the following convalescent ...confinement commence while the family member is covered for this ...nor for any charges described in the Medical Expense Benefits Exclu-...

# cal Expense its

pay a Surgical Expense Benefit for the services described in this
nection with the diagnosis or treatment of a non-occupational
-occupational injury equal to the usual and prevailing charge for

revailing charge" is a charge by a physician for a service to the
ge ...reasonable and is not greater than the usual fee charged for
service by physicians in the area with training, experience, and
anding similar to that of the physician performing the service.

jes

equal to the usual and prevailing charges made by the operating
erforming a surgical procedure. However, the benefit for Elective
dur...performed without an affirmative second or third surgical
al) 80% of the usual and prevailing charges made by the
sician.

ocedure" is any procedure in one of the following categories
a physician.

, excision, or electrocauterization of any organ or part of the

lati...reduction of a fracture or dislocation.

g of wound.

asts.

casts.

cedure" also means any obstetrical procedure.

e pr...-operative examination by the physician performing the
l the post-operative care required by and directly related to the
be considered as part of the surgical procedure.

offits are also payable for the following oral surgical procedures.

of partially or completely unerupted teeth.

of a tooth root without the extraction of the entire tooth (not
canal therapy).

or open reduction of fractures or dislocation of the jaw.

n or excision procedures on the gums and tissues of the mouth
rmed in connection with the extraction of teeth.

For the purposes of the oral surgery covered by the benefit, the ter
cian" includes a duly licensed dentist.

## Surgical Assistance Charges

This benefit is equal to the usual and prevailing charges made by a
for Surgical Assistance Services given in connection with a surgical p
or obstetrical procedure for which Surgical Expense Benefits are paya
this plan.

Surgical Assistance Services are the services of a physician for neces
nical surgical assistance given to the operating physician while the
confined in a hospital as an in-patient and at a time when surgical ass
not routinely available as a hospital service. Prudential will determine
a surgical procedure requires technical assistance and whether surgi
tance is routinely available.

## Limitations

Surgical Expense Benefits will be payable only for services perform
the person is covered for this benefit.

Benefits will not be payable for cosmetic surgery unless necessary fo
repair of a non-occupational injury.

Benefits will not be payable for any services performed by a resident
or intern of a hospital.

Benefits will not be payable for diagnostic x-rays, laboratory services
radioactive therapy, drugs or medicines, dental work or oral surgery
described in the section entitled Oral Surgery, or for charges describ
Medical Expense Benefits Exclusions.

# d Surgical
# n Program

rgical Opinion Program, arranged with Prudential, is aimed at
nation which may lead to a decision to use alternative treat-
nedical condition involved, before someone decides to have

applicants are eligible to use the Program while covered under
...ent Benefit Plan when

dical condition for which a surgeon has proposed to perform an
jical procedure covered by the Plan (see General Provisions for
ive Surgical Procedures)

s to be performed while the patient is confined in a hospital as
or on an ambulatory surgical center. (Confinement in a hospital
nt means one or more days of hospital confinement for which a
ard charge will be made. The Second Surgical Opinion Program
y to emergency surgery or to surgery performed in a doctor's
hospital's outpatient department.)

ives you access to the advice of one or two Board Certified
onsider along with the opinion of your own surgeon. This advice
better able to determine the medical advisability of the proposed
y, and acquaint you with possible alternative methods of treat-

e for a second opinion by phoning or writing:

dential Insurance Company
. Box 700
Washington, PA 19034
) 555-5322

...ven the names of two or three specialists participating in the
tren medical conditions like the one for which surgery was
. These specialists will be selected on the basis of location, so
will usually not have to travel far from home or work to obtain a
. After you choose a specialist from the names provided, Pru-
ke and confirm an appointment in writing.

ram the completion of a claim form for the second opinion will
ry. There is no cost to the patient for this opinion. The specialist
ucted to submit the bill directly to Prudential for payment. The
over the cost of any additional X-ray and laboratory tests which
ght need.

opinion specialist does not confirm the advisability of the pro-
, a third opinion may be arranged (and will be paid for) in the
as the second.

When elective surgery is proposed, it is up to you to decide whether
use the Program and, if it is used, the extent to which any advice giv
specialist or specialists is followed. However, the decision will affect th
payable under the Medical Expense Benefit Plan for an elective
procedure.

As indicated in the previous pages of this booklet, there is no chan
benefit provided for an elective surgical procedure performed aft
visability has been confirmed by a second or third opinion under the l
But the benefit will be smaller if the procedure is performed withou
been so confirmed. In this case, the eligible expense for the procedu
the Medical Expense Benefit Plan will be 80% of the expense whi
otherwise be eligible.

We urge everyone to use the Second Surgical Opinion Program wher
surgery is proposed. An opinion confirming the advisability for surg
give you and your dependents greater peace of mind, and a non-co
opinion may provide an alternative non-surgical method of treatmer
medical condition. If you do not use the Program, you will be passin
chance to get additional medical advice at no cost to you or your dep
Also, if you choose to proceed with elective surgery when its advisa
not been confirmed under the Program, there is a smaller benefi
surgery.

ans Expense

pital)

Physicians Expense Benefit for the services described in this
on with the diagnosis or treatment of a non-occupational
ccupational injury equal to the usual and prevailing charge

lling charge" is a charge by a physician for a service to the
reasonable and is not greater than the usual fee charged for
ce physicians in the area with training, experience, and
ng similar to that of the physician performing the service.

al to the usual and prevailing charges made for Physicians
y one continuous period of disability up to the number of
atment shown in the Plan Summary.

are the services of a physician for medical treatment given
ile the person is confined in a hospital as an in-patient.

will not include:

k oriental treatment, eye examinations or the fitting of
x-ray or laboratory services, x-ray or radioactive therapy,
n anesthetic, or consultations.

which a Surgical Expense Benefit is payable under this plan.

**of Disability**

Minimum Period of Payment will be made for as many
ct periods of disability as may occur. A "continuous period
ine in the Hospital Expense Benefits section.

be payable, the treatment must be performed, and the
nt must have commenced, while the person is covered for

payable for drugs or medicines or for charges described in
e Benefits Exclusions.

sident physician or intern will not be included as Physicians

–22–

–23–

# Diagnostic Laboratory and X-Ray Expense Benefits

This plan will pay a Laboratory and X-Ray Expense Benefit for the se
described in this section in connection with the diagnosis of a non-occup
disease or a non-occupational injury equal to the usual and prevailing c
for the service.

A "usual and prevailing charge" is a charge by a physician for a service
extent the charge is reasonable and is not greater than the usual fee charg
a comparable service by physicians in the area with training, experience
professional standing similar to that of the physician performing the serv

## Examination Charges

This benefit is equal to the usual and prevailing charges made by a phy
for Laboratory and X-Ray Services.

Laboratory and X-Ray Services are laboratory or x-ray examinations for
nosis only given by a physician or the interpretation of the examination
physician who is not a resident physician or intern of a hospital. Examine
made in or through a hospital are not included as Laboratory and X-Ray
vices unless given as out-patient care and unless no hospital expense b
of any kind is payable for the examination under this plan.

Dental X-Rays will not be included as Laboratory and X-Ray Services u
they are given in connection with either a non-occupational injury or
surgery for which Surgical Expense Benefits are payable under this plan
covered dental x-rays, the term "physician" includes a duly-licensed den

## Limitations

Benefits will be payable only for examinations performed while the pers
covered for this benefit.

Benefits will not be payable for charges described in the Medical Exp
Benefits Exclusions.

# ental Accident Benefits

Accident Expense Benefit for covered expenses (see list...
penses...
nnection with a non-occupational injury.

to an amount by which the charges actually made for...
ceed the amount of any other Basic Medical Expense...
er the plan for those expenses. The maximum amount...
r all injuries sustained in connection with any one acci-
ent Accident Expense Benefit Maximum shown in the

nsed

e of... the charges made for the following services, and
are required for the treatment of the injury.

on.
ed graduate nurse.
nce service when used to transport a person from the
ured to the first hospital where treatment is given.
braces, crutches and artificial limbs and eyes.
s, hospital-type beds and artificial respirators.

the services recognized by this paragraph, the term
a duly licensed dentist.

ble only if the injury is sustained by a person while cov-
ayable for any expenses incurred more than 90 days after
nt which caused that injury, or for charges described in
Benefits Exclusions.

# Major Medical Expense Benefits

This plan will pay Major Medical Expense Benefits for Covered Medical...
penses (as described on the following pages) incurred in connection wi...
non-occupational disease or non-occupational injury.

## Benefits

This benefit will be payable if the amount of a person's Covered Med...
Expenses, incurred in any calendar year, exceeds the sum of (1) the Ded...
shown in the Plan Summary and (2) the Basic Medical Expense Benefit...
described earlier in this Booklet, payable for such expenses. The Benefit...
centage payable for these excess Covered Medical Expenses and the per...
Lifetime Maximum Benefit are shown in the Plan Summary.

## Covered Medical Expenses

Covered Medical Expenses are the expenses listed below, if such expenses...
incurred while Major Medical coverage is in force for the person, if, how...
any of the listed expenses are excluded from coverage because of the Me...
Expense Benefits Exclusions, those expenses will not be considered Cov...
Medical Expenses.

**Hospital Expenses** — These are the charges made by a hospital in its o...
behalf for the following.

1. Board and Room. However, if private accommodations are used, ben...
will not be paid for any board and room charges over the Private Room L...
shown in the Plan Summary.

2. Necessary hospital services and supplies, other than board and room,...
nished by the hospital.

**Other Medical Expenses** — The following charges are considered "Other M...
ical Expenses," provided that they have not been considered as "Hos...
Expenses."

1. The fees of a physician.

2. The charges of a registered graduate nurse — other than a nurse w...
ordinarily resides in your home, or is a member of your family or your spou...
family.

3. The charges for the following medical services and supplies.
   (a) Drugs and medicines obtainable only upon the prescription of a physic...
   (b) Diagnostic laboratory and X-ray examinations.
   (c) X-ray, radium and radioactive isotopes therapy.
   (d) Anesthetics and oxygen.
   (e) Rental of iron lung and other durable medical or surgical equipmen...

and artificial eyes, but not eye examinations, eye glasses, or

nbulance service when used to transport an individual from
is injured by an accident or stricken by a disease to the first
atment is given — no other charges in connection with travel

qualified Social Worker for treatment of a specifically diag-
nervous disorder, provided such treatment is given in accor-
ribed treatment program which is medically related to injury

— Expenses incurred in connection with dental work or oral
sidered Covered Medical Expenses only if they are incurred
air natural teeth or other body tissues, required as a result
nal injury occurring while covered.

of the dental work or oral surgery recognized by this para-
physician'' includes a duly licensed dentist.

—07/ Any of the listed expenses incurred in connection with
will be considered Covered Medical Expenses only if the
is necessary for the prompt repair of a non-occupational
s while the person is covered for this benefit.

he amount of Covered Medical Expenses, in excess of Basic
enefits, which must be paid before Major Medical Expense
le. The amount of the Deductible is shown in the Plan Sum-
eductible will apply to each covered member of your family.

plied only once in any calendar year even though there may
t injuries or diseases. So that Major Medical benefit pay-
subject to a Deductible late in one calendar year and soon
llowing year, any expenses applied against the Deductible in
ths a calendar year will reduce the Deductible for the next

**Limit**

Jen causes injury to two or more members of your family,
ou will be applied, in both the calendar year in which the
d the next following calendar year, to the combined covered
n such year as a result of the common accident.

ered members of a person's family have eligible expenses
year which are not payable because of the application of the
es, and the sum of those expenses equal the Family Limit on
in the Plan Summary, the requirement that each person has
idual deductible will be waived for all covered members of
y for the rest of the year and benefits will be paid for all
ncurred by them during the remainder of the year.

## Maximum Benefit

The Lifetime Maximum Benefit for each covered person for all Covered Expenses combined is shown in the Plan Summary.

At any time when at least $1,000 has been counted against the M...
Benefit, an individual may apply to have the total amount of his M...
Benefit reinstated by submitting, at his own expense, satisfactory evi...
good health. However, on each January 1 while covered, the amount wh...
been counted against the Maximum Benefit (but not more than $2,00...
January 1) will be restored to the Maximum Benefit, for Covered Me...
penses incurred after the date of the restoration, without the need
further action on the individual's part.

# Expense Benefits

Dental Expense Benefits for Covered Dental Expenses (see
d, in connection with a non-occupational disease or non-

le during a calendar year at the applicable Coinsurance Rate
Summary for Covered Dental Expenses which are specified
and l and are in excess of the applicable Dental Deductible
l the Plan Summary.

oenses are the actual charges for necessary dental treatment
xtent that such charges are usual and prevailing for the area
).

all covered expenses incurred during a calendar year shall
plicable Maximum Payment shown in the Plan Summary,
in next following paragraph.

xpenses exceed the Maximum Payment shown in the Plan
arts I and II in any calendar year because of charges for initial
l upper and lower dentures, the Maximum Payment for that
be decreased by an amount equal to the next calendar year
nt. The Maximum Payment available for the next calendar
educed by the excess paid over the Maximum Payment for
year.

## penses

Oral Examinations:
h
ofessionally indicated
nd diagnosis

Dentistry, Oral Surgery and Prosthetics:
or al Surgery, including excision of impacted teeth
nd Crowns
eriodontal and other diseases of the gums and tissues of the

atment, including root canal therapy
n of prosthesis (including dentures) for replacement of one
ral teeth extracted while covered for this benefit.
full partial dentures
ntenance of prosthesis
ers
ministered in connection with oral surgery or other covered
es

ontia
f teeth including orthodontic appliances

Chances shall not include charges for more than two routine
ons in any one calendar year with respect to a covered

e tment (if under age 18)
Children shall not include charges for more than two routine
ons in any one calendar year with respect to a covered

-28-

## Predetermination of Benefits

—Charges incurred by you are eligible only
the dentist's proposed course of treatment ("Treatment Plan") has bee
mitted to and reviewed by Prudential, and returned to the dentist showi
estimated benefits. No "Treatment Plan" need be submitted if the total c
do not exceed $300 or if emergency care is required.

A "Treatment Plan" is the dentist's report that (a) itemizes his recomm
services, (b) shows his charge for each service, and (c) is accompan
supporting X-rays where required or requested by Prudential.

Predetermination of benefits permits the review of the proposed treatm
advance and allows for resolution of any questions before, rather than aft
work has been done. Additionally, both you and the dentist will know
vance what is covered and what the estimated benefits are, assumin
remain covered.

## The Deductible

The Deductible is the amount of Covered Dental Expenses which must b
before Dental Expense Benefits are payable. The amount of the Deduct
shown in the Plan Summary. A separate Deductible will apply to each co
member of your family.

The Deductible applies only once in any calendar year. So that Dental b
payments will not be subject to a Deductible late in one calendar year and
again in the next following year, any expenses applied against the Deduct
the last three months of a calendar year will reduce the Deductible for th
calendar year.

## Family Deductible Limit

If two or more covered family members incur Covered Dental Expenses d
a calendar year which are not payable because of the application of the
rate deductibles, and the sum of those expenses equal the Family Lin
Deductibles shown in the Plan Summary, the requirement that each pers
to satisfy the individual deductible will be waived for all covered memb
the person's family for the rest of the year.

## Orthodontic Claim Payments

The claim will be paid in installments beginning when the orthodont
pliances are first inserted, and quarterly thereafter for the estimated dura
the treatment plan, as long as the patient remains covered. The installmer
be in equal amounts, except that the initial installment will be the initial c
made by the orthodontist up to the maximum orthodontic benefit.

Maximum Payment — The applicable Maximum Payment per calendar ye
each covered member of your family is shown in the Plan Summary.

## Limitations

No Dental Expense Benefits are provided under the plan for the following

1. Charges for any dental services or supplies which are included as Co
Medical Expenses under the plan of Major Medical Expense Benefits pr
under this plan or under any other plan sponsored by your Employer

-29-

supplies for which any other Basic Medical Expense Benefit is under this plan or under any other plan sponsored by your

r treatment by anyone except a dentist. However, charges for ...iling of teeth performed by a licensed dental hygienist under the d direction of the dentist will be covered. "Dentist" means only a dentist or a physician authorized by his license to perform the edure rendered by him.

· first installation of dentures and bridgework (including crowns ...ning the abutments), when the charges are for the replacement of issing teeth, or for replacement of natural teeth all of which are ...amember was not covered for this benefit.

· services and supplies that are partially or wholly cosmetic in ng ...
· charges for personalization or characterization of dentures.

... an appliance, or modification of one, where an impression was ...he patient was covered; a crown, bridge or gold restoration for th ... was prepared before the patient was covered; root canal ...r the person was covered for this benefit, (b) the existing denture was installed at least five years prior to its replacement and the ...e or bridgework cannot be made serviceable, or (c) the existing ...nimmediate temporary denture and replacement by a permanent ...lireand done within twelve months from the date the immedi- ...denture was installed.

the replacement of a lost or stolen prosthetic device.

an orthodontic procedure for which an active appliance was ...e ...the person was covered (or installed before the person was ...o years, if coverage started more than 31 days after the person ... etc. be covered).

expenses described in the Medical Expense Benefits Exclusions.

Predetermination of Benefits, and as a part of the proof of loss "General Provisions" section of this Booklet:

...it no cost to you, has the right to have an oral examination of the

...onsible for furnishing to Prudential all diagnostic and evaluative ...hich Prudential may require to predetermine a benefit or to in S ability.

tion of Benefits is not made, or if any diagnostic or evaluative n the Prudential may require is not furnished, the benefits payable ly the Covered Dental Expenses for the course of treatment.

# Miscellaneous Medical Expense Provisions

## MEDICAL EXPENSE BENEFITS EXCLUSIONS

No Medical Expense Benefits are provided under the plan for the

1. Charges caused by an occupational disease or an occupational in... includes any charges incurred in connection with (a) injury arising ou... the course of, any employment for wage or profit or (b) disease cove... respect to such employment, by any workers' compensation law, occu... disease law or similar legislation.

2. Charges for services or supplies which are furnished, paid for or c... provided for (a) by reason of the past or present service of any pers... armed forces of a government, or (b) under any law of a government ... or otherwise) except where the payments or the benefits are provided... plan specifically established by a government for its own civilian empl... their dependents.

If any law of the jurisdiction in which the plan is delivered to the E... prohibits or restricts the application of this exclusion as to a facility o... operated by such jurisdiction or by any of its political subdivisions, th... sion shall be applicable only to the extent permitted by such law.

3. Charges for services or supplies not recommended and approv... Physician.

4. Charges for Unnecessary Services and Supplies. This means cha... any service or supply which is not reasonably necessary for the medic... the patient's sickness or injury. To be considered "reasonably necess... service or supply must be ordered by a Physician and must be comm... customarily recognized throughout the Physician's profession as app... in the treatment of the patient's diagnosed sickness or injury. The se... supply must not be educational or experimental in nature, nor f... primarily for the purpose of medical or other research. In addition, in... of Hospital confinement, on an inpatient or outpatient basis, the le... confinement and Hospital services and supplies will be con... "reasonably necessary" only to the extent they are determined by the... be (a) related to the treatment of the condition involved and (b) not allo... scholastic education or vocational training of the patient.

5. Charges in Excess of Usual and Prevailing Charge. This means the p... any charge for any service or supply in excess of the usual and pr... charge as determined by the Plan. The usual and prevailing charge ... service or supply is the usual charge of the provider for the service or s... the absence of insurance, but not more than the prevailing charge in... for a like service or supply. A like service is of the same nature and ... requires the same skill, and is performed by a provider of similar train... experience. A like supply is one which is identical or substantially equi... "Area" means the municipality (or, in the case of a large city, the sub... thereof) in which the service or supply is actually provided or such area ... as is necessary to obtain a representative cross-section of charg... service or supply.

Case 1:07-cv-08189-GBD Document 25 Filed 10/10/07 Page 40 of 115

dial Care (see Definitions).

# COORDINATION OF BENEFITS UNDER THIS PLAN (OUR PLANS.

provision coordinating it with coverage the patient has he provision is designed to guard against overpayment of helps to control the cost of the benefits for everyone.

on If a person is covered under two or more Plans the benefits under this Plan may be reduced to the extent benefits payable under this Plan and the benefits available s with respect to Allowable Expenses incurred for him in es not exceed the total of such Allowable Expenses.

When a claim is made, the primary plan pays its benefits y other plans. The secondary plans adjust their benefits so s available will not exceed the allowable expenses. No plan ould without the coordination provision.

ordinating provision is always the primary plan. If all plans n: [1] the plan covering the patient directly, rather than as ndent; [2] the plan covering the patient and the others secondary, (2) if a child is arents' plans, the father's is primary; but when the parents orced, their plans pay in the following order: (a) if a court ned financial responsibility for the child's health care ex- ent with this responsibility; (b) the plan of the parent child; (c) the plan of the stepparent married to the parent child; (d) the plan of the parent not having custody of the [1] or (2) apply, the plan covering the patient longest is

condary plan and its payment is reduced to consider the fits. record is kept of the reduction. This amount will be Plan's payments on the patient's later claims in the same he extent there are allowable expenses that would not aid/or our Plan and the others.

rpesf medical or dental care benefits: (a) coverage (other ter governmental program or required or provided by no- fault" coverage to the extent required in policies or r vehicle insurance statute or similar legislation; (b) group coverage for a group of individuals, including prepayment, al practice coverage, including student coverage obtained onal institution above the high school level.

-32-

**Allowable Expense** — is any necessary, reasonable and customary item expense covered at least in part by one of the Plans. If benefits are provided the form of services, the reasonable cash value of each service rendered sh be considered both an Allowable Expense and a benefit paid.

**Administration** — Our Plan may release or obtain such information which has ma consider necessary for purposes of the coordination provisions or any simi provision of any other Plan. Our Plan may obtain from you information quired to implement this provision.

Our Plan shall have the right to pay to any organization which has ma payments under other Plans which should have been made under this Pl any amounts which our Plan shall determine are proper for the purposes this provision. Amounts so paid by our Plan shall be considered benefits p under this Plan, and our Plan shall be fully discharged from liability under t Plan to the extent of such payments.

If, at any time, payments made by our Plan with respect to Allowable Expens total more than the maximum amount necessary at that time to satisfy the tent of this provision, our Plan shall have the right to recover such overpayme

The payments under our Plan are reduced by the benefits available un Medicare.

# HOW MEDICARE AFFECTS MEDICAL EXPENSE BENEFITS UNDER THE PLA

It is recommended that your local Social Security Office be contacted for formation concerning enrollment in Medicare at least 45 days before month in which a person can qualify for coverage under the Health Insuran portion of the Social Security Act of the United States known as Medicare.

The following applies to an individual less than age 65 who is covered un our Plan and also is eligible for part A under Medicare.

It works this way:

1. In determining a claim payment under our Plan, the first step is to cal late the amount that would be paid if the person had no Medicare cov age.

2. The above amount is reduced by the Medicare benefits for the expen upon which the claim under our Plan is based. In determining the Me care benefits, the person will be assumed to have full Medicare coveri (that is, both part A and part B) whether or not the individual has enrol for the full coverage.

If Medicare benefits are paid for expenses not covered under our Plan, they not be used to reduce our benefits. In the case of services and supplies which Medicare makes direct reimbursement to the provider, the amount expenses and Medicare benefits will be determined on the basis of the us and prevailing charges for the services and supplies.

-33-

Case 1:07-cv-00541-GBL Document 1 ... Page ... of 115

AGE UNDER A HEALTH MAINTENANCE ORGANIZATION

a Health Maintenance Organization.

other provision of the Plan to the contrary, the following
on who is enrolled in a health maintenance organization
yer as an alternate to the health benefits under this Plan:

ll... her be a member of the eligible classes for the medical
eligible dependent under this Plan.

efits will be payable under this Plan with respect to charges
d supplies furnished while the person is so enrolled.

Enrolled in a Health Maintenance Organization.

m the above paragraph applies and who has ceased to be
maintenance organization offered by the Employer as an
th benefits under this Plan, notwithstanding any other
ming covered for health benefits under this Plan, become
efits in accordance with (1) or (2) below:

become covered immediately upon such cessation, if all of
re then satisfied—

often Employee, the person is a member of the eligible
the Plan; in the case of a dependent, the person is an
pendent of such an Employee.

yee has elected the health benefits under this Plan with
he person (himself and any qualified dependents) either—
an annual enrollment period established by the Employer
cting alternatives within the Employer's health benefits
r.

liated upon ceasing to be enrolled in a health maintenance
zation due to a change of residence or to the health mainte-
organization ceasing operation.

es to become such a covered person in accordance with the
ecome such a covered person in accordance with the terms
usive of this section.

Benefits.

n no event be considered a service or supply giving rise to
idemy medical coverage under the Plan:

supplies provided on a prepayment basis by a health mainte-
on in accordance with an agreement between the Employer
ion whereby the organization is offered by the Employer as
health benefits under this Plan.

# Termination of Coverage Provisions

## TERMINATION OF COVERAGE

When your employment terminates or you cease to be a member of a
eligible for coverage under any part of the plan, your coverage under that
of the plan will cease. If you are required to make contributions for any pe
this plan and if you fail to make such contributions, contributions for any pe
cease, unless terminated sooner for other reasons, at the end of the perio
which contribution has been made. Satisfactory evidence of good health r
be furnished before coverage can again be obtained.

Your coverage will also terminate if this Plan is discontinued.

Ceasing active work will be considered to be immediate termination
employment, except that if you are absent from active work because of
ness, injury, temporary lay-off, or leave of absence, employment may
deemed to continue for the purposes of some of the coverages up to the li
specified in the Plan.

Under the long term disability coverage, if you are absent from active w
because of temporary lay-off or leave of absence, your employment will
deemed to terminate on your last full day of active work prior to the start o
lay-off or leave of absence.

If you cease active work for any reason, you should find out immediately f
your Employer what coverages, if any, can be continued in force so that
will be able to exercise any rights you may have under the plan.

## Dependents Coverage Only

A dependent's coverage will terminate at the earliest of the following dates
upon discontinuance of all dependents coverage under the plan, (b) when
cease to be in the classes of employees eligible for dependents coverage,
when a dependent becomes covered for employee coverage, (d) when s
person ceases to meet this Booklet's definition of an eligible dependent, or
when your employee coverage terminates.

## Continuation of Coverage For Handicapped Children

If you have an unmarried child who is fully handicapped and covered under
plan at the time he reaches the maximum age for coverage of children
dependents, the child's coverage under the plan (except any life insurance)
be continued, as long as he remains fully handicapped, until terminatio

rage under this plan, or, if sooner, the date he no longer inition of a dependent for any reason except age.

ed fully handicapped if he is unable to earn his own living lly retarded or physically handicapped and he depends port and maintenance.

is fully handicapped must be submitted not later than 31 ... ceased to be covered as a dependent under this plan. as the right to require, at reasonable intervals, proof that fully handicapped continuously since the last proof was chi?'s coverage has been continued under this section of  will not be required more often than once a year. If you uired proof, or refuse to permit medical examination of cidered to be no longer fully handicapped. will not be continued, however, if an individual medical sen... ssued to him under any Conversion Privilege avail-

# Extension of Benefits

## Long Term Disability Coverage

If a period of total disability is in progress when your coverage terminates, will continue to be eligible to receive the Long Term Disability Benefits as as they would otherwise be available under the plan.

## Medical Coverage

If a person is totally disabled on the date his coverage terminates, Basic M cal Expense Benefits (except Accident Expense Benefits) during that disab will be extended for a period of up to three months and Major Medical Expe Benefits during that disability will be extended for a period of up to 12 mon Major Medical Expense Benefits will be extended, however, only if the M mum Benefit has not been paid. This extension applies to coverage of totally disabled individual only.

The words "totally disabled" mean that

1. you are prevented because of injury or disease from engaging in y customary occupation and are performing no work of any kind for pay profit; or
2. your dependent is prevented because of injury or disease from engaging substantially all of the normal activities of a person of like age and sex in g health.

Extended Major Medical Expense Benefits will cease immediately when a fa ily member becomes covered under any other group plan for benefits o similar type.

## Dental Expense Coverage

Benefits after termination of coverage are continued for Covered Dental E penses incurred within one month following termination and while the Plan in force, if such charges are incurred because of a condition which existed the date of termination and for which a period of treatment commenced wh covered.

sion Privilege
dical
es

...se Medical Expense Benefits are terminated through termi-
...ner or transfer out of an eligible class may, subject to estab-
...n a Prudential individual policy of medical care benefits. The
...sion of the individual policy differ from those of the Group

...is available for certain covered dependents of an employee
...or a covered dependent who ceases to be an eligible dependent

...e individual policy must be made and the first premium paid
...m the termination of coverage under the Plan, and is subject
...aave been insured under the Plan for at least 3 months.

...ation may be obtained from Prudential by anyone who is
...lividual policy. A form to be used for this purpose will be
...mployer.

# General Provisions

**Misstatements** — If any facts relevant to the existence or amount of c
shall have been misstated, the true facts will determine whether or

**Change or Discontinuance of Plan** — It is hoped that this Plan will be co
indefinitely, but the right of change or discontinuance at any time i
reserved.

**Plan** — This Booklet describes only the principal features of the P
should not be considered the plan document. The complete terms of
are set forth in the plan document maintained by Northern Telecom I
the terms of that plan will govern. In the event of any question regar
interpretation of this Booklet or the proper payment of benefits, furth
mation may be obtained from your Employer.

**Multiple Coverage** — If you are in the employ of or connected with two
employers, you will not be eligible for multiple coverage under the P

**THE FOLLOWING PROVISIONS APPLY TO ACCIDENT AND HEALTH
COVERAGE ONLY.**

**Definition of Physician** — A licensed practitioner of the healing art
within the scope of his practice. The Long Term Disability section of th
let contains a special definition that applies to that coverage.

**Definition of Hospital** — This means only:

(1) an institution which is accredited as a hospital under the Hospital
tation Program of the Joint Commission on Accreditation of Hosp

(2) any other institution which is operated pursuant to law, under the s
sion of a staff of Physicians and with twenty-four hour a day
service, and which is primarily engaged in providing

  (a) general inpatient medical care and treatment of sick and inju
      sons through medical, diagnostic and major surgical faciliti
      which facilities must be provided on its premises or under its
      or

  (b) specialized inpatient medical and treatment of sick or
      persons through medical and diagnostic facilities (including x-
      laboratory) on its premises, under its control, or through a
      agreement with a Hospital (as defined above) or with a spe
      provider of those facilities.

In no event shall the term "Hospital" include a convalescent, nursing h
include an institution or part thereof which (i) is used principally as a co
cent facility, rest facility, nursing facility, facility for the care of drug ad
alcoholics, or facility for the aged, or (ii) furnishes primarily domici
custodial care, including training in the routines of daily living, or
ated primarily as a school.

**Definition of Elective Surgical Procedure** — A non-emergency surgical procedure scheduled at the patient's convenience without jeopardizing the patient's life or causing serious impairment to the patient's bodily functions, performed while the patient is confined in a hospital as an inpatient or in an ambulatory surgical center.

The elective surgical procedures are:
Appendectomy (non-emergency)
Arterial excision, graft or by-pass
Arthrotomy of knee
Cholecystectomy (excision of gall bladder)
Colectomy (excision of all or part of the colon)
Gastroplasty (obesity surgery)
Hemorrhoidectomy, internal and external only
Hernia repair, inguinal
Hysterectomy
Ileum By-pass (obesity)
Laminectomy (removal of intervertebral disc)
Lens extraction (cataract removal)
Ligation and/or stripping of varicose veins
Meniscectomy (excision semilunar cartilage of knee joint)
Ocular muscles, any type of operation
Osteotomy of smaller bones (bone graft)
Salpingectomy and/or oophorectomy (excision of any ovary and/or tube)
Tendon lesion excision, other than digits
Thyroidectomy, subtotal or partial (thyroid gland)
Tonsillectomy and/or adenoidectomy
Total knee or hip joint replacement
Transurethral prostatectomy (prostate gland)

Of course any procedure (even those listed) will not be considered elective if the operation is of an emergency nature (that is, must be scheduled without delay) as determined by the patient's surgeon.

**Definition of Ambulatory Surgical Center** — A public or private institution

(1) established, equipped and operated primarily as a facility for performance of surgical procedures and meets the following requirements; (a) operated under the supervision of a staff of doctors, maintains adequate medical records and provides for periodic review of the facility and its operation by a Utilization and/or Tissue Committee composed of doctors other than those owning or supervising the facility; (b) permits a surgical procedure to be performed only by a doctor privileged to perform such procedure in a hospital in its area and requires that a licensed anesthesiologist administer the anesthetics and be present during the surgical procedure, unless local infiltration anesthetics are used; (c) provides no overnight accommodations for patients, has at least two operating rooms, one post-anesthesia recovery room and full-time services of registered nurses (R.N.) operating and most anesthesia recovery rooms; (d) is equipped to perform diagnostic x-ray and laboratory examinations and has the necessary

and Room Charges — This includes, in addition to charges, any charges which are made by an institution as a condition or on a regular daily or weekly basis for other services such services.

dial Care — Custodial care is care which consists of services ding board and room and other institutional services, furidual primarily to assist him in activities of daily living, is disabled. These services and supplies are custodial care ractitioner or provider who prescribed, recommended or

ood and skilled nursing services must be combined with erapeutic services and supplies in accordance with generally tandards to establish a program of medical treatment, they rad custodial care. However, to meet this test they must be vidual in an institution for which coverage is available under program of medical treatment must be one which can pected to substantially improve the individual's medical

alent Facility — An institution (or distinct part thereof) even one of the following tests:

nagged in and licensed to provide Skilled Nursing Services oration Services to convalescing patients for compensation asis.
these services on a 24-hour basis and under the full-time physician or a registered professional nurse with licensed on duty at all times.
omplete medical record on each patient and it has a utilization or all of its patients.

or accidentally a place for rest, for custodial care, for educas care of mental disorders or a place for the aged. Mental bure not limited to, drug addiction, alcoholism, chronic nd mental retardation.

ility will be treated the same as a hospital as the term is used nefits for physicians services.

led nursing services" — The professional services that may registered professional nurse or by a licensed practical nurse on of a registered professional nurse.

sical restoration services" — Services which assist the patient degree of body functioning to permit self-care in the s of daily living.

nancy — Pregnancy, including resulting childbirth, abortion nall be treated as an illness for all purposes of the Plan.

ified Social Worker — An individual who (a) is legally licensed state in which he practices and who is in private practice, (b) ocial work or social welfare from a school accredited by the Work Education, and (c) has at least two years' work experiic social work in a hospital, out-patient clinic, medical redical care program.

—41—

ed personnel to handle foreseeable emergencies, including
or cardiac arrest, a tracheotomy set for airway obstruction,
ink or other supply for hemorrhaging; (e) maintains written
th hospitals in its area for immediate acceptance of patients
omplications or require postoperative confinement; or
ambulatory surgical center by the state in which the center is

**nd Surgical Opinion** — An opinion of a board certified spe-
examination of the patient, of the advisability of an elective
after the second surgical opinion of another board certified
l that the proposed elective surgical procedure is not medi-

**ird Surgical Opinion** — A second surgical opinion that confirms the advisability of the pro-
surgical opinion that confirms the advisability of the pro-
plicable procedure.

**Surgical Opinion** — An opinion of the board certified special-
ity of an elective surgical procedure, based on his examina-
after the second surgical opinion of another board certified
l that the proposed elective surgical procedure is not medi-

**d Certified Specialist** — A doctor, designated by Prudential,
k or diplomat of an American Board (M.D.) or Certified Spe-

## CLAIM PROVISIONS

**Time Limit on Certain Defenses** — An individual's claim, under an
coverage, for a loss which is incurred or which commences more than
(1 year as to Long Term Disability Coverage) after the coverage become
tive for the individual, will not be reduced or denied because there exist
to the effective date, a disease or physical condition not expressly e
from the coverage on the date of the loss.

**Proof of Loss** — Written proof of total disability under Long Term D
coverage must be given to the Plan within 90 days after the end of the
period shown in the Plan Summary and subsequent written proof of t
tinuance of the disability must be furnished at such intervals as the Pl
reasonably require. Written proof of loss under any other coverage m
given to the Plan within 90 days after the loss.

Proof of loss must cover the occurrence, the character, and the exten
loss.

Proof of loss under Long Term Disability coverage must also include e
satisfactory to the Plan that you, your spouse, child or dependent ha
proper application, and reapplication within a reasonable time if benefi
denied, for all "other income benefits" payable. You need not make app
for retirement benefits available only on a reduced basis or for disabili
fits under a group life insurance policy if the payment would reduce the
of life insurance, however, such benefits will be considered "other in
benefits" if applied for and received. Evidence satisfactory to the Plan r
furnished that all of the proofs required to support such application o
plication for other income benefits have been submitted, that such b
have not subsequently been waived and of the amount of such benefits

Late proof may be accepted only if, under the particular circumstances
furnished as soon as was reasonably possible, and, in any event excep
absence of your legal capacity, within one year after the time it was ot
required.

No action at law or in equity may be brought to recover under the Pla
years from the time written proof is required to be furnished.

**Payment of Claims** — All accrued benefits under Long Term Disability co
will be paid at the end of each calendar month during the period fo
benefits are payable.

A Long Term Disability Benefit payable for less than a full month will
rated on the basis of one-thirtieth of the monthly benefit for each day
bility for payment.

Benefits payable for any other loss will be paid immediately upon receip
written proof of loss. All benefits will be payable to you. However, unle
request otherwise in writing not later than the time proof of loss is fi
Plan may pay any part or all of any benefits provided on account of h
nursing, medical or surgical service directly to the hospital or person pr
the services.

-44-

able to you, and you are a minor or otherwise not compe-
release, or if any benefit is payable to your estate, the Plan
$1,000 from the benefit payable and pay it to any of your
or marriage) whom it believes is fairly entitled to it.

expense will have the right and opportunity to examine the
...idual whose injury or disease is the basis of a claim when
may reasonably require during the period for which such
...enefits. The Plan will also have the right to recover any
...ng term Disability benefits either directly from you or by
...ir future monthly income benefit payments.

...act. The Employer's determination in good faith (subject
...rror of the existence and duration of your employment, any
..., age of any facts relating to your monthly rate of basic
...ployer retirement plan, will be binding on all persons for the
...ng Term Disability Benefit coverage.

...nefits — The Plan will be subrogated to the extent of the
...tlement or judgement resulting from your right of recovery
...onsible for your medical or dental injuries. This means that
...have been paid medical or dental reimbursement benefits
...o recover for medical or dental expenses (as a result of a
...ainst someone else), then the Plan is entitled to reimburse-
...om you of all or a portion of the benefits paid to you by the

# THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

CERTIFIES that insurance is provided for certain Employees under Policy G-34900

## POLICYHOLDER

## NORTHERN TELECOM INC.

EMPLOYEES INSURED — The Employees who are eligible to become insured under the Group Policy and the effective dates of their insurance are determined by the Eligibility Provisions of the Employee Benefit Plan Book which this Certificate is included. Termination of Insurance is governed Termination of Employee Insurance and Termination of Dependents Insu sections of the Certificate.

BENEFICIARY FOR DEATH BENEFITS — See Beneficiary Provisions Certificate.

AMOUNTS OF INSURANCE — See Coverage Schedule of the Certificate

The provisions of the Group Policy principally affecting the insurance pr for eligible Employees are summarized in the Certificate. A Certificate iss an Employee replaces any certificates previously issued with respect Group Coverage or Coverages summarized. All benefits are subject in respect to the Group Policy, which alone constitutes the agreement which payments are made.

THE PRUDENTIAL INSURANCE COMPANY OF AM...

GROUP INSURANCE CERTIFICATE

GRP 31300
CERT

-45-

(1-10' -

COVERAGE SCHEDULE

e pages which follow refer to this Schedule)

e Insurance — Insurance Assignable only as a gift assign-

ce — The amount is described in the Plan Summary made a
ee Booklet in which this Certificate is included.

tal Death and Dismemberment Insurance — Insurance As-
gift assignment.

ce — The amount is described in the Plan Summary made a
se Page Booklet in which this Certificate is included.

Life Insurance — Insurance Assignable only as a gift

ce — The amount applicable to each of an Employee's de-
ed the Plan Summary made a part of the Employee Plan
certificate is Certificate is included.

(2-101) ED 3-66

DEFERMENT OF EFFECTIVE DATE

e: If the Employee is both disabled and away from work
rvice become insured for Employee Insurance under a
ny adjustment in the benefits under such insurance would
tive date of such insurance or adjustment will be deferred
reater on which he returns to active work.

shall not become insured for any Dependents Insurance
ured for Employee Insurance.

rail be insured with respect to any qualified dependent
ance of insurability satisfactory to Prudential is required
rollment or enrollment after previous termination of any
se failure to contribute.

dependent is confined for medical care or treatment either
or at home on the date any Dependents Insurance under a
justment thereof, would otherwise become effective with
dependent, such insurance or adjustment will be deferred

ce: Dependents Insurance applies to an Employee, he will
insurance with respect to each of his qualified dependents,
ing.

—46—

—47—

---

until his final medical release from all such confinement. This paragra
will not operate to defer the effective date of an Employee's Depen
Term Life Insurance with respect to a child who is born to the Empl
and becomes a qualified dependent under that insurance at fourteen
of age, while the Employee is continuously insured under that insur
with respect to one or more other dependents.

GENERAL DEFINITIONS

The Employer: When the term "the Employer" is used, it means collective
employers included under the Group Policy.

Covered Individual under a coverage: An Employee who is insured for
ployee Insurance; a qualified dependent with respect to whom an Employ
insured for Dependents Insurance.

Qualified Dependent: An Employee's spouse or unmarried child, other th
a person after that person has ceased to be a spouse of the Employee by re
of divorce or annulment; (2) a child less than fourteen days of age; (3) a
nineteen or more years of age unless (a) wholly dependent upon the Emp
for support and maintenance, (b) enrolled as a full-time student in an ed
tional institution, and (c) less than twenty-five years of age; (4) a spouse or
who (a) has complied with all requirements for becoming insured for Empl
Term Life Insurance under the Group Policy other than the requirement th
have no protection under any Dependents Term Life Insurance of the G
Policy, or (b) has any protection under such Employee Term Life Insu
following termination of such insurance; (5) a spouse or child on active du
any military, naval or air force of any country; and (6) a spouse or child wi
insured for Employee Insurance under the Group Policy.

A child shall not be a qualified dependent of more than one Employe
more than one Employee would otherwise be insured under the Group P
with respect to a child as a qualified dependent, the child will be consider
be the qualified dependent only of that one of such Employees with the lo
period of continuous service with the Employer according to the Policyhol
records, unless otherwise determined by the mutual written agreement o
such Employees filed with the Policyholder.

An Employee's children include, in addition to legally adopted chil
any step children, foster children or children for whom the Employee is a
guardian provided they are dependent on the Employee for support and r
tenance and live with the Employee in a regular parent-child relationship.

Physician: A licensed practitioner of the healing arts acting within the sco
his practice.

Prudential's Home Office: Prudential's Home Office in Newark, New Jerse
any of its other Home or Head Offices.

# EMPLOYEE TERM LIFE INSURANCE

BENEFIT WHILE A COVERED TERM LIFE INDIVIDUAL.

...e dies while a covered individual, the amount of his insurance ...erage is payable when Prudential receives due written proof of

BENEFIT DURING CONVERSION PERIOD.

...payable if the Employee dies within thirty-one days after he ...covered individual and while entitled (under Section C) to a ...his insurance under this Coverage to an individual policy,

CONVERSION PRIVILEGE.

...al that which might have been issued under the individual ...e under the Group Policy when Prudential receives due written ...whether or not the Employee applied for conversion.

...easing to be a covered individual may convert his insurance ...regard to an individual policy of life insurance, without evidence ...he then ceases to be insured under the Group Policy by reason ...of his membership in the classes eligible for such insurance or

...n, by amendment or otherwise, of the provisions for such insur-...he eligible class of which he is a member, provided that at the ...termination he has been so insured under such provisions (or ...provisions and any Prudential rider or group policy replaced ...visions) for at least five years prior to such termination date.

...rsion shall be subject to the remainder of this Section.

...individual policy will be issued only if written application and ...n payment for it are made to Prudential within thirty-one days ...tion...

...Requirements: The individual policy must conform to the

...t in excess of the amount of this insurance under this Coverage ...ssion. Furthermore, if such cessation occurs by reason of ...n, by amendment or otherwise, of the term life insurance pro-...the Group Policy as to his class, the total amount of individual ...obtainable with respect to all his life insurance then terminat-...the Group Policy shall in no event exceed the lesser of (1) the ...nt of such insurance then terminating, reduced by the amount ...insurance for which he is or becomes eligible under any group ...ice coverage issued by any insurance carrier within thirty-one ...after, and (2) $2,000.

---

Form — any form of life insurance policy, other than term insuran... policy containing disability or other supplementary benefits, ...tomarily issued by Prudential at the age and amount applied

Premium — based on Prudential's rate applicable to its form and a... the class of risk to which he belongs, and to his attained a... effective date.

Effective Date — at the end of the thirty-one day period during wh... class for it may be made.

GRP 31300
LIFE R-201

Group Employee Term Life I...
Coverage LIFE

## EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

Payable for: The Employee's loss of life, sight, hand or foot.

Any death benefit provided under a section of this Coverage is p... accordance with that section and the Group Policy's Beneficiary and Settlement provisions.

Loss of sight means total and irrecoverable loss of sight. Loss of a han... means loss by severance at or above the wrist or ankle.

Conditions for Benefit: All of the following —

(1) The Employee sustained an accidental bodily injury while a cove... vidual.

(2) The injury, directly and independently of all other causes, result... loss.

(3) The loss occurred within ninety days after the injury was sustain...

Amount Payable:

For Loss of

Life
Both Hands
Both Feet
Sight of Both Eyes
One Hand and One Foot
One Hand and Sight of One Eye
One Foot and Sight of One Eye

The Employee's am... of insurance under this Coverage

One Hand
One Foot
Sight of One Eye

One-half the Emplo... amount of insurance under this Coverage

## EMPLOYMENT ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE — Continued

n — The amount payable for all losses of the Employee as the
...e accident is limited to his amount of insurance under this

y loss which results —

...or attempted suicide, whether the Employee is sane or in-

directly from bodily or mental infirmity or disease or medical
...eatment thereof, or

...ction other than a pyogenic infection occurring through and
...f accidental cut or wound, or

any act of war ("war" means declared or undeclared war and
state ...te to armed aggression).

this coverage is payable to the Employee, except that any
his death or becoming payable on account of his death will be
...ficiary or Beneficiaries determined under the Group's Policy
...sion. Payment is subject to the Group Policy's Claim Provi-

3-6[...]

Group Employee Accidental Death
and Dismemberment Insurance
Coverage AD&D (101)

—50—

## DEPENDENTS TERM LIFE INSURANCE

### A. DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If a dependent dies while a covered individual, the amount of insuranc...
dependent under this Coverage is payable when Prudential receives ...
ten proof of death.

### B. DEATH BENEFIT DURING CONVERSION PERIOD.

This benefit is payable if a dependent dies within thirty-one days after...
to be a covered individual and while entitled (under Section C) to a co...
of the insurance to an individual policy.

An amount equal to that which might have been issued under the ...
ual policy is payable under the Group Policy when Prudential rece...
written proof of death, whether or not application for conversion h...
made.

### C. CONVERSION PRIVILEGE.

A dependent ceasing to be a covered individual may have the insuranc...
under this Coverage converted to an individual policy of life insurance...
evidence of insurability, if the Employee then ceases to be insured fo...
dents Term Life Insurance under the Group Policy with respect to tha...
dent for any reason other than:

(1) termination, by amendment or otherwise, of the provisions for su...
ance as to the eligible class of which the Employee is a member, ...
the date of such termination the Employee has been so insured ...
spect to the dependent under such provisions (or under such p...
and any Prudential rider or group policy replaced by such provisio...
least five years prior to such termination date, or

(2) the Employee's failure to make any required contribution for in...
under the Group Policy.

Any such conversion shall be subject to the remainder of this Section.

Availability: The individual policy will be issued only if written applica...
the first premium payment for it are made to Prudential within thirty-...
after such cessation.

Individual Policy requirements: The individual policy must conform t...
lowing —
Amount — not in excess of the amount of insurance on the depend...
this Coverage at such cessation. Furthermore, if such cessation ...
reason of termination, by amendment or otherwise, of the De...
Term Life Insurance provisions of the Group Policy as to the Em...
class, the total amount of individual insurance obtainable with n...
all the Dependents Term Life Insurance on the dependent then t...
ing under the Group Policy shall in no event exceed the lesser...
total amount of such insurance then terminating, reduced by the...
of any life insurance for which the Employee is or becomes elig...
respect to the dependent under any group life insurance coverag...
by any insurance carrier within thirty-one days thereafter, and (2...

—51—

f life insurance policy, other than term insurance or any disability or other supplementary benefits, then cus- y Prudential at the age and amount applied for.

n Prudential's rate applicable to its form and amount, to o which the dependent belongs, and to the dependent's s effective date.

ided under a section of this Coverage is payable to the e death of the dependent. If the Employee predeceased the benefit is payable to the estate of the dependent or, at any one or more of the following surviving relatives of usband, mother, father, children, brothers or sisters.

the end of the thirty-one day period during which ap- y be made.

**Group Dependents Term Life Insurance**
**Coverage DEPL 103(1-1)**

## BENEFICIARY PROVISIONS

the Group Policy becoming payable on account of the will be payable to the person designated by the Em- neficiary on a form satisfactory to Prudential, subject to tions section of the General Provisions.

yee may, without the consent of his Beneficiary, change g written notice of the change through the Policyholder to o Prudential. The new designation will take effect on the ine, except that it will not apply as to any amount paid aced of the notice.

ficiary is designated and in such designation the Em- pec... their respective interests, the Beneficiaries will otherwise provided in the Employee's Beneficiary desig- any designated Beneficiary predeceasing the Employee be shared equally by any Beneficiaries who survive the it of the insurance for which there is no disposition of a provided above, and any other amount of the insurance eneficiary at the death of the Employee, will be payable mployee unless otherwise provided in the Assignment

---

-52-

---

# MODE OF SETTLEMENT PROVISIONS

### (for Employee Life Insurance)

A mode of settlement other than lump sum payment may be arranged with Prudential, subject to the provisions of the Group Policy, for all or a part of the Employee Life Insurance payable at an Employee's death. Information about the modes of settlement available may be obtained from Prudential upon request to the Policyholder.

## INCONTESTABILITY OF AN INDIVIDUAL'S LIFE INSURANCE

All statements with respect to Life Insurance under the Group Policy made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement shall be used in any contest of such insurance unless a copy of the instrument containing the statement is or has been furnished to t Employee or to his or her Beneficiary. No statement made by a person insur under the Group Policy relating to his or her insurability for such insurance sh be used in contesting the validity of the insurance with respect to when su statement was made after such insurance has been in force prior to the conte for a period of two years during his or her lifetime.

## CLAIM PROVISIONS

These provisions apply to each coverage under the Group Policy which co tains a specific provision subjecting the payment of benefits under the cov age to the Group Policy's Claim Provisions.

Written proof of the loss under a coverage upon which claim may be bas must be furnished to Prudential within ninety days after —

(1)  the end of each month or lesser period for which Prudential is liable un the coverage, if the coverage provides for payment at such periodic int vals; and

(2)  the date of the loss, in the case of any other coverage.

Failure to furnish such proof within the required time shall not invalidate n reduce any claim if it was not reasonably possible to give proof within su time, provided such proof is furnished as soon as reasonably possible.

All benefits will be paid upon receipt of written proof covering the occurrenc character and extent of the event for which claim is made; except that if a coverage provides for payment at monthly or at more frequent periodic inte vals, Prudential shall not be required to make payments of benefits thereund more often than so provided.

GRP 31300
CERT B-102 ED 3-66

(1-

---

-53-

# CLAIM PROVISIONS — Continued

e expense shall have the right and opportunity to examine ckness or injury is the basis of claim when and so often as quire during pendency of claim.

e equity shall be brought to recover under the Group Policy n of sixty days after written proof of the loss upon which e furnished as required above. No such action shall be three years after the expiration of the time within which t required.

IDUAL'S STATEMENT AS TO COVERAGE
SUBJECT TO CLAIM PROVISIONS

respect to the insurance under such coverage which are sured therefor shall be deemed representations and not rect to each amount of such insurance for which a person atement made for the purpose of effecting such insurance e used in any contest to avoid the insurance with respect entfwas made or to reduce benefits thereunder after such ass been in force prior to the contest for a period of two years during ss each statement is contained in a written application copy of such application is or has been furnished to him.

:MINATION OF EMPLOYEE INSURANCE

nce of an Employee under a coverage will automatically

a member of the coverage classes for the insurance be- tion of employment (described below) or for any other is contributory, any contribution required of him for any the Group Policy is not made when due.

ngenconcluded in the coverage classes for the insurance, or f the Group Policy for the insurance terminate, or

loyment — For insurance purposes, an Employee's considered to terminate when he is no longer actively a full-time basis for the Employer. However, the Group s under which the Policyholder may consider the Em- red within the coverage classes for the insurance, subject other conditions stated in the Group Policy.

e stops active work for any reason, he should contact his ly to determine what arrangements, if any, have been of his insurance.

## TERMINATION OF DEPENDENTS INSURANCE

An Employee's Dependents Insurance will terminate under the circumstan... described in the section ... "Termination of Employee Insurance" as though t... section's reference to "Employee Insurance" were a reference to "Depende... Insurance".

All of the Dependents Insurance under the Group Policy with respect t... particular qualified dependent will automatically terminate if that depend... ceases to be a qualified dependent.

## ASSIGNMENT LIMITATIONS

Insurance under a coverage is not assignable unless the Coverage Sched... indicates that it is assignable. An assignment may apply to any right, benefi... privilege of the Employee including, without limiting the generality of... foregoing, any right of the Employee to designate a Beneficiary or to conve... another policy. No responsibility for the validity or sufficiency of any assi... ment is assumed by Prudential. Prudential shall not be considered to ha... knowledge of any assignment unless the original or a duplicate is filed w... Prudential through the Policyholder.

If, under an insurance for which the Group Policy allows Beneficiary design... tions, any amount of insurance becomes payable on account of the death of... Employee and there is, as to such amount of insurance, at the time of... death an assignment in effect but no Beneficiary designated by the assign... such amount of insurance will be payable to the assignee, if living, otherwi... to the estate of the assignee and not as otherwise provided in the Beneficia... Provisions of the Group Policy.

GRP 31300
CERT                                                (4-'01) ED 3-66 (1-...

## NOTICE TO EMPLOYEE

The above certificate evidences insurance protection under a Group Insuran... Policy issued by THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. T... insurance replaces coverage previously provided under a group policy another insurer. Your Beneficiary under the Prudential Group Policy is, unl... and until you change your Beneficiary, the person designated as the ben... ficiary of record under the group policy of the other insurer.

If you wish to change your Beneficiary, contact your employer.

NORTHERN TELECOM IN...

# Summary Plan Description

...ogether with your booklet, is the Summary Plan Description
...inform you, as a plan participant, of the provisions and
...mployee benefit plan. This information complies with the
...ment Income Security Act of 1974 (ERISA).

Benefits Plan for Employees of Northern Telecom Inc.
...tion Number: 04-2486332

...the... Telecom Inc.
...rnational Plaza
...shville, Tennessee 37217

Employee Benefits Committee of
...of Northern Telecom Inc.
International Plaza
Nashville, Tennessee 37217
Tel. (615) 361-3500

...l legal process: Plan Administrator

...3 Accidental Death and Dismemberment Insurance benefits

...ntial Insurance Company of America
Plaza
J.0.01

...der the Plan are provided by Northern Telecom, Inc.

...fits under the plan, termination rules, and information on
...e paid by the Employer and which by the Employee are
...d in this booklet.

...ontains information on reporting claims. Forms for
...may be obtained from your Personnel Department.

...ed in whole or in part, you will receive a written notice of
...g the reason for the denial.

gust 31

—56—

You may request a review of the denied claim. The request must be subm
in writing, within 60 days after you receive the notice. Include your reaso
requesting the review and submit your request to the same office to which
submitted your claim. Your claim will be reviewed, and you will ordinari
notified of the final decision within 60 days of the receipt of your reque
review. The final decision will be made by The Prudential Insurance Com
of America which is providing claim services under the Plan.

Your Rights under ERISA — As a participant in this plan, you are entitl
certain rights and protections under ERISA. ERISA provides that all plan p
ipants shall be entitled to:

Examine, without charge, at the plan administrator's office and at o
specified locations, such as worksites and union halls, all plan docum
including insurance contracts, collective bargaining agreements and c
of all documents filed by the plan with the U.S. Department of Labor,
as detailed annual reports and plan descriptions.

Obtain copies of all plan documents and other plan information upon
ten request to the plan administrator. The administrator may ma
reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The plan adm
trator is required by law to furnish each participant with a copy of
summary annual report.

In addition to creating rights for plan participants, ERISA imposes duties
the people who are responsible for the operation of the employee benefit
The people who operate your plan, called "fiduciaries" of the plan, have a
to do so prudently and in the interest of you and other plan participants
beneficiaries. No one, including your employer, your union, or any other
son, may fire you or otherwise discriminate against you in any way to pre
you from obtaining a welfare benefit or exercising your rights under ERIS
your claim for a welfare benefit is denied in whole or in part, you must rec
a written explanation of the reason for the denial. You have the right to
your claim reviewed. Under ERISA, there are steps you can take to enforc
above rights. For instance, if you request materials from the plan and do
receive them within 30 days, you may file suit in a federal court. In such a
the court may require the plan administrator to provide the materials and
you up to $100 a day until you receive the materials, unless the materials w
not sent because of reasons beyond the control of the administrator. If
have a claim for benefits which is denied or ignored, in whole or in part,
may file suit in a state or federal court. If it should happen that plan fiducia
misuse the plan's money, or if you are discriminated against for asserting
rights, you may seek assistance from the U.S. Department of Labor, or
may file suit in a federal court. The court will decide who should pay the c
costs and legal fees. If you lose, the court may order you to pay these costs
fees, for example, if it finds your claim is frivolous. If you have any quest
about your plan, you should contact the plan administrator. If you have
questions about this statement or about your rights under ERISA, you sh
contact the nearest Area Office of the U.S. Labor-Management Services
ministration, Department of Labor.

—57—

NORTHERN TELECOM INC.

RETIREMENT PLAN FOR EMPLOYEES


AS AMENDED AND RESTATED

EFFECTIVE JANUARY 1, 1984

1/5/84

# TABLE OF CONTENTS

ARTICLE I - DEFINITIONS AND TERMS ....... 1

ARTICLE II - ELIGIBILITY FOR MEMBERSHIP
2.1 - ELIGIBILITY FOR MEMBERSHIP ....... 17

ARTICLE III - BENEFIT AND VESTING SERVICE
3.1 - BENEFIT SERVICE ....... 20
3.2 - VESTING SERVICE ....... 23
3.3 - RETENTION OF SERVICE ....... 24
3.4 - LIMITATION OF SERVICE CREDITED ....... 24

ARTICLE IV - ELIGIBILITY FOR BENEFITS
4.1 - NORMAL RETIREMENT ....... 25
4.2 - EARLY RETIREMENT ....... 25
4.3 - LATE RETIREMENT ....... 26
4.4 - DISABILITY RETIREMENT ....... 26
4.5 - TERMINATION OF EMPLOYMENT ....... 28
4.6 - PRE-RETIREMENT DEATH BENEFIT ....... 28
4.7 - DEATH AFTER RETIREMENT ....... 29
4.8 - NON-FORFEITABILITY OF NORMAL RETIREMENT BENEFITS ....... 29

ARTICLE V - COMPUTATION OF BENEFITS
5.1 - NORMAL RETIREMENT BENEFIT ....... 30
5.2 - NORMAL RETIREMENT BENEFIT FOR MEMBERS IN THE COOK GROUP ....... 31
5.3 - EARLY RETIREMENT BENEFIT ....... 33
5.4 - LATE RETIREMENT BENEFIT ....... 35
5.5 - DISABILITY RETIREMENT BENEFIT ....... 35
5.6 - VESTED RETIREMENT BENEFIT ....... 35
5.7 - PRE-RETIREMENT DEATH BENEFIT ....... 37
5.8 - TRANSFER ....... 38
5.9 - ACCRUED RETIREMENT BENEFITS ....... 40
5.10 - DEATH BENEFITS FOR CERTAIN COOK ELECTRIC DIVISION EMPLOYEES ....... 40
5.11 - NO OTHER BENEFITS ....... 40

ARTICLE VI - PAYMENT OF BENEFITS
6.1 - PAYMENT PERIOD ....... 41
6.2 - FACILITY OF PAYMENT ....... 42
6.3 - FORM OF PAYMENT ....... 42
6.4 - PAYMENT OF SMALL BENEFITS ....... 46

ARTICLE VII - FINANCING
7.1 - FUND ....... 48
7.2 - EMPLOYER CONTRIBUTIONS ....... 48
7.3 - IRREVOCABILITY ....... 49

ARTICLE VIII - ADMINISTRATION ... 50
    8.2 - FIDUCIARY DUTIES ... 51
    8.3 - APPEALS PROCEDURE ... 53

ARTICLE IX - AMENDMENT, DURATION, TERMINATION AND MERGER
    9.1 - AMENDMENT AND DURATION OF THE PLAN ... 55
    9.2 - TERMINATION OF THE PLAN ... 55
    9.3 - MERGER OF THE PLAN ... 57

ARTICLE X - LIMITATIONS ON BENEFITS AND CONTRIBUTIONS
    10.1 - MAXIMUM BENEFIT ... 59
    10.2 - AGGREGATION OF BENEFITS FROM DEFINED BENEFIT AND
           DEFINED CONTRIBUTION PLANS ... 61
    10.3 - TEMPORARY LIMITATIONS ... 62
    10.4 - ADDITIONAL LIMITATION ON BENEFITS ... 65

ARTICLE XI - MISCELLANEOUS
    11.1 - INALIENABILITY OF BENEFITS ... 66
    11.2 - RIGHTS OF PARTICIPANTS ... 66
    11.3 - APPLICABLE LAW ... 66
    11.4 - SPECIAL PROVISIONS ... 66
    11.5 - PRONOUNS & USE OF NUMBERS ... 67

For the purpose of this Plan, the following terms when capitalized will have the following meanings:

1.1.   Active Member shall mean a Member who is employed at the date in question.

1.2.   Actual Retirement Date of a Member shall mean the latest of the date on which a Member:

    1.2.1.   retires from the service of the Employer, pursuant to Section 4.1., 4.2 or 4.3,

    1.2.2.   elects to commence receipt of his Vested Retirement Benefit as provided in Section 5.6., or

    1.2.3.   commences receipt of his Disability Retirement Benefit as provided in Section 5.5.

1.3.   Actuarially Equivalent shall mean, with respect to any benefits payable pursuant to the Plan, benefits which are equivalent in value to the straight life annuity benefits which would otherwise have been provided to a Member, determined on the basis of actuarial assumptions and methods in effect on the

1.4. AFFILIATED COMPANY SHALL MEAN

    1.4.1. BELL CANADA, OR

    1.4.2. ANY COMPANY WHICH IS INCLUDED WITHIN A "CONTROLLED GROUP OF CORPORATIONS" AS THAT TERM IS DEFINED FOR PURPOSES OF SECTION 414 OF THE 1954 INTERNAL REVENUE CODE, AS AMENDED, WITHIN WHICH THE COMPANY IS INCLUDED, OR

    1.4.3. ANY SUBSIDIARY OF BELL CANADA THAT HAS ENTERED INTO AN AGREEMENT WITH BELL CANADA FOR THE RECOGNITION OF SERVICE.

1.5. ANNIVERSARY DATE SHALL MEAN JANUARY 1, 1975 AND EACH SUCCEEDING ANNIVERSARY OF SUCH DATE.

1.6. BENEFICIARY SHALL MEAN ANY PERSON DESIGNATED AS SUCH BY A MEMBER ON A FORM SUPPLIED BY THE COMMITTEE TO RECEIVE BENEFITS PAYABLE PURSUANT TO THE PROVISIONS OF ARTICLE VI OF THE PLAN. IF NO SUCH DESIGNATION IS IN EFFECT AT THE TIME OF THE DEATH OF THAT MEMBER, OR IF THE PERSON DESIGNATED HAS PREDECEASED THAT MEMBER, THEN THE TERM BENEFICIARY SHALL MEAN THAT MEMBER'S ESTATE.

1.7. BENEFIT SERVICE IS DEFINED IN SECTION 3.1.

1.8. BOARD SHALL MEAN THE BOARD OF DIRECTORS OF THE COMPANY.

1.10. COMMENCEMENT DATE SHALL MEAN THE EFFECTIVE DATE OF THE PLAN, OR WHERE APPLICABLE, THE EFFECTIVE DATE OF ANY AMENDMENT TO THE PLAN WHICH SUBSTANTIALLY INCREASES THE POSSIBILITY OF DISCRIMINATION IN FAVOR OF HIGHLY COMPENSATED EMPLOYEES, PROVIDED THAT WITH RESPECT TO THE EXTENSION OF THE PLAN BY BOARD ACTION TO ANY GROUP OF EMPLOYEES NOT PREVIOUSLY COVERED BY THE PLAN SUCH EXTENSION SHALL NOT CONSTITUTE AN AMENDMENT OF THE PLAN BUT THE EFFECTIVE DATE OF SUCH EXTENSION WILL BE A COMMENCEMENT DATE WITH RESPECT TO THAT GROUP OF EMPLOYEES.

1.11. COMMITTEE SHALL MEAN THE EMPLOYEE BENEFITS COMMITTEE OF THE COMPANY AS DESCRIBED IN ARTICLE VIII.

1.12. COMPANY SHALL MEAN NORTHERN TELECOM INC., A DELAWARE CORPORATION, OR ANY SUCCESSOR THERETO.

1.13. COOK GROUP SHALL MEAN THE CLOSED GROUP OF INDIVIDUALS WHO WERE ENGAGED IN RENDERING PERSONAL SERVICES TO COOK ELECTRIC COMPANY AND/OR THE COMPANY'S COOK ELECTRIC DIVISION PRIOR TO JANUARY 1, 1979 AND WHO MADE A ONE-TIME ELECTION WHICH WAS

1.14. <u>EARNINGS</u> SHALL MEAN WITH RESPECT TO EACH PLAN YEAR, THE REGULAR BASE EARNINGS PLUS SALES INCENTIVE EARNINGS PAID TO A MEMBER BY HIS EMPLOYER IN THAT PLAN YEAR, BUT WILL NOT INCLUDE ANY OTHER ITEMS OF COMPENSATION PAYABLE TO THAT MEMBER OR TO THE ACCOUNT OF THAT MEMBER IN THAT PLAN YEAR, SUCH AS, BUT NOT LIMITED TO, OVERTIME EARNINGS, BONUSES, OR CONTRIBUTIONS MADE BY THE EMPLOYER TO OR UNDER ANY FORM OF EMPLOYEE BENEFIT PROGRAM. NOTWITHSTANDING THE ABOVE, THE TERM "EARNINGS" SHALL MEAN FOR MEMBERS INCLUDED IN THE COOK GROUP, WITH RESPECT TO EACH PLAN YEAR, THE ANNUAL RATE OF BASIC COMPENSATION OF THAT MEMBER AS OF THE EARLIER OF THE END OF THE PLAN YEAR OF THE MEMBER'S TERMINATION DATE, ACTUAL RETIREMENT DATE, OR DATE OF DEATH, AS APPLICABLE. WITH RESPECT TO A SALESPERSON WHO IS A MEMBER INCLUDED IN THE COOK GROUP, AND WHO IS PAID WHOLLY, OR IN PART, ON A COMMISSION BASIS, THE TERM "EARNINGS" SHALL MEAN THE BASE DRAWING ACCOUNT OR SALARY OF SUCH SALESPERSON PAID TO THAT SALESPERSON

OF THE CALENDAR MONTH IMMEDIATELY FOLLOWING
THE DATE ON WHICH THAT ACTIVE MEMBER
ATTAINED AGE FIFTY-FIVE (55) EXCEPT THAT IF
AN ACTIVE MEMBER ATTAINS AGE FIFTY-FIVE
(55) ON THE FIRST DAY OF A CALENDAR MONTH
THEN THAT ACTIVE MEMBER'S EARLY RETIREMENT
DATE SHALL BE THE DATE ON WHICH HE ATTAINED
AGE FIFTY-FIVE (55).

1.16. EFFECTIVE DATE SHALL MEAN MAY 1, 1974.

1.17. EMPLOYEE SHALL MEAN ANY PERSON WHO IS
ENGAGED IN RENDERING PERSONAL SERVICE TO
HIS EMPLOYER IN THE UNITED STATES, PUERTO
RICO, OR A FOREIGN COUNTRY ON A SALARIED
BASIS OR WHO IS CLASSIFIED BY THE EMPLOYER
AS AN "INSTALLER", BUT EXCLUDING:

1.17.1 ANY PERSON (OTHER THAN SUCH A PERSON
CLASSIFIED AS AN "INSTALLER")
WHO IS COMPENSATED ON AN HOURLY
BASIS,

1.17.2 ANY PERSON WHO IS A MEMBER OF ANY
COLLECTIVE BARGAINING UNIT AND WHO
IS COVERED BY A COLLECTIVE
BARGAINING AGREEMENT TO WHICH THE
EMPLOYER IS A PARTY, WHICH
COLLECTIVE BARGAINING AGREEMENT

1.17.3 ANY PERSON WHO IS ENGAGED IN RENDERING HIS PERSONAL SERVICES TO THE COMPANY AND WHO IS ACCRUING CREDIT FOR BENEFIT SERVICE PURPOSES PURSUANT TO ANY OTHER QUALIFIED PENSION PLAN (OTHER THAN A THRIFT SAVINGS PLAN) TO WHICH THE COMPANY CONTRIBUTES, AND/OR

1.17.4 ANY PERSON WHO IS A NON-RESIDENT ALIEN AND WHO DID NOT RECEIVE EARNED INCOME IN THE FORM OF WAGES, SALARIES, OR PROFESSIONAL FEES, OR OTHER AMOUNTS, RECEIVED AS COMPENSATION FOR PERSONAL SERVICES ACTUALLY RENDERED (EXCLUDING THAT PART OF SUCH COMPENSATION WHICH REPRESENTS A DISTRIBUTION OF EARNINGS OR PROFITS), FOR LABOR OR PERSONAL SERVICES PERFORMED IN THE UNITED STATES PROVIDED THAT COMPENSATION FOR LABOR OR SERVICES PERFORMED IN THE UNITED STATES SHALL NOT BE DEEMED TO BE EARNED INCOME IF

1.17.4.1. SUCH LABOR OR SERVICES WERE PERFORMED BY A NON-RESIDENT ALIEN

PERIODS NOT EXCEEDING A TOTAL OF
NINETY (90) DAYS DURING THE
APPLICABLE TAX YEAR,

1.17.4.2. SUCH COMPENSATION DID NOT EXCEED
THE AGGREGATE SUM OF THREE
THOUSAND DOLLARS ($3,000.00),
AND

1.17.4.3. SUCH COMPENSATION WAS FOR LABOR
OR SERVICES PERFORMED AS AN
EMPLOYEE OF, OR UNDER A CONTRACT
WITH: (I) A NON-RESIDENT ALIEN,
FOREIGN PARTNERSHIP, OR FOREIGN
CORPORATION, NOT ENGAGED IN TRADE
OR BUSINESS WITHIN THE UNITED
STATES, OR (II) AN INDIVIDUAL WHO
IS A CITIZEN OR RESIDENT OF THE
UNITED STATES, A DOMESTIC PARTNERSHIP,
OR A DOMESTIC CORPORATION, IF
SUCH LABOR OR SERVICES ARE
PERFORMED FOR AN OFFICE OR PLACE
OF BUSINESS MAINTAINED IN A
FOREIGN COUNTRY OR IN A
POSSESSION OF THE UNITED STATES
BY SUCH INDIVIDUAL, PARTNERSHIP,
OR CORPORATION.

1.18. EMPLOYER SHALL MEAN THE COMPANY AND/OR ANY

OF EMPLOYMENT WITH AN AFFILIATED COMPANY.

1.20.   FINAL AVERAGE EARNINGS SHALL MEAN AVERAGE EARNINGS FOR THE SIXTY (60) CONSECUTIVE CALENDAR MONTHS OF CONSIDERED HIGHEST Earnings OF A Member DURING THE ONE-HUNDRED TWENTY (120) COMPLETED CONSECUTIVE CALENDAR MONTHS OF Employment IMMEDIATELY PRECEDING THE EARLIEST OF THAT Member's Normal Retirement Date, Early Retirement Date, DATE OF DEATH, OR Termination Date, WHICHEVER IS APPLICABLE, PROVIDED THAT IF A Member's TOTAL Employment DURING SUCH ONE-HUNDRED TWENTY (120) MONTHS IS LESS THAN SIXTY (60) MONTHS THEN, WITH RESPECT TO THAT Member, FINAL AVERAGE EARNINGS SHALL MEAN THE AVERAGE Earnings FOR THE SIXTY (60) CONSECUTIVE CALENDAR MONTHS OF CONSIDERED HIGHEST Earnings OF THAT Member DURING HIS TOTAL Employment AND ANY EMPLOYMENT WITH AN Affiliated Company WITHIN SAID ONE-HUNDRED TWENTY (120) MONTHS.

1.21.   HOURS OF SERVICE

1.21.1. - HOURS OF SERVICE SHALL MEAN:

1.21.1.1. EACH HOUR FOR WHICH AN Employee IS DIRECTLY OR INDIRECTLY PAID, OR ENTITLED TO PAYMENT BY THE

IS PAID, OR, IF NO PAYMENT
BY THE EMPLOYER FOR A PERIOD OF
TIME DURING WHICH NO DUTIES WERE
PERFORMED (REGARDLESS OF WHETHER
OR NOT THE EMPLOYEE HAS
TERMINATED HIS EMPLOYMENT
RELATIONSHIP WITH THE EMPLOYER) DUE
TO VACATION, HOLIDAY, ILLNESS, IN-
CAPACITY (DISABILITY) LAYOFF, JURY
DUTY, MILITARY DUTY OR AUTHORIZED
LEAVE OF ABSENCE, AND

1.21.1.3. EACH HOUR FOR WHICH BACK PAY
(IRRESPECTIVE OF MITIGATION OF
DAMAGES) HAS EITHER BEEN AWARDED
OR AGREED TO BY THE EMPLOYER AND
SHALL BE CREDITED FOR THE PLAN
YEAR TO WHICH THE AGREEMENT OR
AWARD PERTAINS.

1.21.2. NOTWITHSTANDING ANY PROVISIONS CON-
TAINED HEREIN, NO EMPLOYEE SHALL BE
CREDITED WITH AN HOUR OF SERVICE
UNDER MORE THAN ONE OF SECTIONS
1.21.1.1., 1.21.1.2. AND 1.21.1.3.,

CREDITED TO AN EMPLOYEE ON ACCOUNT OF ANY SINGLE CONTINUOUS PERIOD DURING WHICH THE EMPLOYEE PERFORMS NO DUTIES. NO HOURS OF SERVICE SHALL BE CREDITED PURSUANT TO SECTION 1.21.1.1. OR 1.21.1.2. IF PAYMENT TO THE EMPLOYEE IS MADE OR DUE UNDER A PLAN MAINTAINED SOLELY FOR THE PURPOSE OF COMPLYING WITH APPLICABLE WORKER'S COMPENSATION, UNEMPLOYMENT COMPENSATION OR DISABILITY INSURANCE LAWS. ONE HUNDRED NINETY (190) HOURS OF SERVICE WILL BE CREDITED FOR, AND IN RESPECT OF, EACH CALENDAR MONTH IN WHICH AN EMPLOYEE IS DIRECTLY OR INDIRECTLY PAID BY THE EMPLOYER OR ENTITLED TO PAYMENT FOR ONE (1) OR MORE HOURS OF SERVICE. FOR THE PURPOSES OF THIS SECTION 1.21., THE DEPARTMENT OF LABOR REGULATIONS SECTION 2530.200B-2 (B) AND (C) ARE INCORPORATED HEREIN BY REFERENCE.

1.22.   <u>LATE RETIREMENT DATE</u> SHALL MEAN, WITH RESPECT TO AN ACTIVE MEMBER THAT HAS

1.23.   <u>MEMBER</u> SHALL MEAN ANY EMPLOYEE WHO IS OR
BECOMES ELIGIBLE FOR MEMBERSHIP IN THE PLAN
PURSUANT TO ARTICLE II.

1.24.   <u>NORMAL RETIREMENT DATE</u> SHALL MEAN, WITH
RESPECT TO

1.24.1.  AN ACTIVE MEMBER, OTHER THAN A
PILOT EMPLOYEE, THE FIRST DAY OF
THE CALENDAR MONTH IMMEDIATELY
FOLLOWING THE DATE ON WHICH THAT
ACTIVE MEMBER ATTAINED AGE
SIXTY-FIVE (65), EXCEPT THAT IF
THAT ACTIVE MEMBER ATTAINS AGE
SIXTY-FIVE (65) ON THE FIRST DAY
OF A CALENDAR MONTH, THEN THAT
ACTIVE MEMBER'S NORMAL RETIREMENT
DATE SHALL BE THE DATE ON WHICH HE
ATTAINED AGE SIXTY-FIVE (65), AND

1.24.2.  WITH RESPECT TO AN ACTIVE MEMBER
WHO IS A PILOT EMPLOYEE, THE FIRST
DAY OF THE CALENDAR MONTH
IMMEDIATELY FOLLOWING THE DATE ON
WHICH THAT ACTIVE MEMBER ATTAINED
AGE SIXTY (60), EXCEPT THAT IF
THAT ACTIVE MEMBER ATTAINS AGE
SIXTY (60), ON THE FIRST DAY OF A

1.25. <u>PARTICIPATING COMPANY</u> SHALL MEAN ANY COMPANY WHICH IS DESIGNATED BY THE BOARD AS A PARTICIPATING COMPANY UNDER THE PLAN AND WHOSE DESIGNATION AS SUCH HAS BECOME EFFECTIVE AND HAS CONTINUED IN EFFECT. THE EFFECTIVE DATE OF SUCH DESIGNATION AND THE PERIODS FROM WHICH THE BENEFIT SERVICE AND VESTING SERVICE OF EMPLOYEES OF A PARTICIPATING COMPANY SHALL BE CREDITED TO SUCH EMPLOYEES PURSUANT TO THE PLAN SHALL BE INDICATED ON APPENDIX A TO THE PLAN. THE DESIGNATION OF A COMPANY AS A PARTICIPATING COMPANY SHALL BECOME EFFECTIVE ONLY WHEN IT SHALL HAVE BEEN ACCEPTED BY THAT COMPANY'S BOARD OF DIRECTORS. A PARTICIPATING COMPANY MAY REVOKE ITS ACCEPTANCE OF SUCH DESIGNATION AT ANY TIME, SUBJECT TO THE APPROVAL OF THE BOARD, PROVIDED THAT UNTIL SUCH ACCEPTANCE HAS BEEN FINALLY REVOKED AS PROVIDED ABOVE, ALL OF THE PROVISIONS OF THE PLAN AS AMENDED SHALL APPLY TO THE EMPLOYEES OF THE PARTICIPATING COMPANY. IN THE EVENT THE DESIGNATION OF A COMPANY AS A PARTICIPATING

PERMITTED BY THE PLAN, THE PLAN WILL BE DEEMED TERMINATED ONLY AS TO SUCH PARTICIPATING COMPANY IN ACCORDANCE WITH ARTICLE IX.

1.26. PLAN SHALL MEAN THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN TELECOM INC. AS SET FORTH IN ITS ENTIRETY IN THIS DOCUMENT AND THE TRUST AGREEMENT AS THIS DOCUMENT AND THAT TRUST AGREEMENT MAY BE AMENDED FROM TIME TO TIME.

1.27. PLAN YEAR SHALL MEAN EACH TWELVE (12) MONTH PERIOD WHICH BEGINS ON JANUARY 1 OF EACH CALENDAR YEAR.

1.28. PRIMARY INSURANCE AMOUNT SHALL MEAN A MEMBER'S "PRIMARY INSURANCE AMOUNT", AS THAT TERM IS DEFINED FOR PURPOSES OF THE SOCIAL SECURITY LAW OF THE UNITED STATES OF AMERICA, WHICH WOULD BE PAYABLE AT THE TIME THAT THAT MEMBER ATTAINS NORMAL RETIREMENT AGE BASED ON:

1.28.1. THAT SOCIAL SECURITY LAW AS IT IS IN EFFECT ON THAT MEMBER'S DATE OF DEATH, RETIREMENT DATE OR TERMINATION DATE WHICHEVER IS APPLICABLE, AND

1.28.2. THE CONTINUATION OF THAT MEMBER'S

THAT MEMBER'S DATE OF DEATH,
RETIREMENT DATE, OR TERMINATION
DATE, WHICHEVER IS APPLICABLE.

1.29. RETIREMENT DATE SHALL MEAN A MEMBER'S
NORMAL RETIREMENT DATE, EARLY RETIREMENT
DATE, OR LATE RETIREMENT DATE, WHICHEVER
IS APPLICABLE.

1.30. RULE OF 85 SHALL MEAN ANY COMBINATION
OF YEARS AND EMPLOYMENT SERVICE THAT WILL
EQUAL 85, WITH THE MINIMUM AGE REQUIREMENT
OF 60.

1.31. SPOUSE SHALL MEAN THE SPOUSE OF A MEMBER
WHO HAS BEEN MARRIED TO THAT MEMBER UNDER
THE LAWS OF THE STATE IN WHICH THE MARRIAGE
WAS CONTRACTED FOR A PERIOD OF AT LEAST ONE
(1) YEAR PRIOR TO THAT MEMBER'S DATE OF
DEATH, OR THE DATE THAT A MEMBER BEGINS TO
RECEIVE BENEFITS FOLLOWING HIS EARLY
RETIREMENT DATE OR NORMAL RETIREMENT DATE,
WHICHEVER IS APPLICABLE.

1.32. TERMINATION DATE SHALL MEAN THE DATE ON
WHICH THE MEMBER CEASES TO BE AN EMPLOYEE
OTHER THAN BY DEATH OR RETIREMENT.

1.33. TRANSFERRED MEMBER SHALL MEAN A MEMBER THAT
HAS BEEN TRANSFERRED TO A CLASSIFICATION OF

COMPANY.

1.34. TWENTY-FIVE (25) HIGHEST PAID EMPLOYEES SHALL MEAN THE TWENTY-FIVE (25) HIGHEST PAID EMPLOYEES OF THE EMPLOYER AS OF THE APPLICABLE COMMENCEMENT DATE, INCLUDING SUCH EMPLOYEES WHO ARE NOT COVERED BY THE PLAN ON THAT COMMENCEMENT DATE, BUT WHO ARE LATER COVERED BY THE PLAN, BUT EXCLUDING ANY SUCH EMPLOYEE WHOSE ANNUAL BENEFIT HEREUNDER DOES NOT EXCEED THE SUM OF ONE-THOUSAND, FIVE-HUNDRED DOLLARS ($1,500).

1.35. TRUST AGREEMENT SHALL MEAN THE "NORTHERN TELECOM INC., RETIREMENT TRUST AGREEMENT" ENTERED INTO BETWEEN THE COMPANY AND THE TRUSTEES TO CARRY OUT THE PURPOSES OF THE PLAN, AS SET FORTH HEREIN, WHICH TRUST AGREEMENT SHALL FORM A PART OF THE PLAN.

1.36. TRUSTEES SHALL MEAN THE TRUSTEES SELECTED BY THE COMPANY AS SET FORTH IN THE TRUST AGREEMENT.

1.37. TRUST FUND OR FUND SHALL MEAN THE CASH AND OTHER PROPERTIES HELD AND ADMINISTERED BY THE TRUSTEES IN ACCORDANCE WITH THE PROVISIONS OF THE TRUST AGREEMENT AND THE PLAN.

TO A MEMBER, A PLAN YEAR IN WHICH THAT
MEMBER HAS AT LEAST ONE-THOUSAND (1,000)
HOURS OF SERVICE, AND IS A MEMBER.

1.40.   PILOT EMPLOYEE SHALL MEAN ANY EMPLOYEE WITH
THE JOB RESPONSIBILITY TO PILOT AIRCRAFT
OWNED OR OPERATED BY THE COMPANY.

1.41.   NORMAL RETIREMENT AGE SHALL MEAN THE AGE OF
AN EMPLOYEE (INCLUDING EACH PILOT EMPLOYEE)
ON THAT EMPLOYEE'S NORMAL RETIREMENT DATE.

## 2.1. - ELIGIBILITY FOR MEMBERSHIP

2.1.1. PRIOR MEMBERS - EACH EMPLOYEE WHO, ON
DECEMBER 31, 1978, WAS ELIGIBLE FOR
MEMBERSHIP IN THE NORTHERN TELECOM INC.
RETIREMENT PLAN FOR EMPLOYEES SHALL BE A
MEMBER OF THIS PLAN.

2.1.2. OTHER INITIAL MEMBERS - EACH EMPLOYEE ON
DECEMBER 31, 1978, PROVIDED HE WAS UNDER
AGE SIXTY (60) AT THE TIME HE ENTERED
EMPLOYMENT, SHALL BECOME A MEMBER OF THIS
PLAN ON JANUARY 1, 1979.

2.1.3. EMPLOYEES OF NEW EMPLOYERS - EACH EMPLOYEE
OTHER THAN A PILOT EMPLOYEE OF A COMPANY WHICH
SUBSEQUENTLY BECOMES A PARTICIPATING COMPANY AND
WHOSE EMPLOYMENT BY THAT COMPANY COMMENCED ON OR
BEFORE DECEMBER 31, 1979 WHEN SUCH EMPLOYEE WAS
UNDER AGE SIXTY (60) SHALL BECOME A MEMBER OF
THIS PLAN ON THE DATE THAT SUCH COMPANY BECOMES
A PARTICIPATING COMPANY.

WITH RESPECT TO AN EMPLOYEE WHO IS A PILOT
EMPLOYEE OF A COMPANY WHICH SUBSEQUENTLY BECOMES
A PARTICIPATING COMPANY AND WHOSE EMPLOYMENT BY
THAT COMPANY COMMENCED ON OR BEFORE DECEMBER 31,
1979, WHEN SUCH EMPLOYEE WAS UNDER AGE FIFTY-

2.1.4. <u>New Employees</u> - An Employee other than a pilot employee who is hired by an Employer after January 1, 1980, and who is under age sixty (60) at the time he enters Employment shall become a Member of the Plan on the later of the first anniversary of the date that he commenced his Employment and age 25.

With respect to an Employee who is a pilot employee who is hired by an Employer after January 1, 1980, and who is under age fifty-five (55) at the time he enters employment shall become a Member of the Plan on the later of the first anniversary of the date that he commenced his employment, and completed 1000 hours, and reached age 25.

2.1.5. <u>Employees In The Cook Group</u> - Each Employee who is in the Cook Group on October 1, 1980 shall become a Member of this Plan on October 1, 1980.

2.1.6. <u>Rehires</u> - Each Vested or Non-Vested Participant who is re-employed after a Break in Service will participate retroactively, with any adjustments for Breaks in Service, upon his

## 3.1. - BENEFIT SERVICE

As used herein the term "Benefit Service" shall mean, with respect to a Member, that Member's aggregate number of Years of Service with the Employer, commencing with the earliest date on which that Member was hired by, or transferred to, the Employer and ending on the earliest of that Member's Termination Date, Early Retirement Date, Normal Retirement Date or date of death; provided, however that the determination of any Member's Benefit Service shall be subject to the following rules and exceptions:

3.1.1. If a Member has a Year of Service he will be credited with one (1) year of Benefit Service.

3.1.2. No credit for service shall be provided for service during any Plan Year:

    3.1.2.1. No credit for service shall be provided for service during any Plan Year:

    3.1.2.2. Prior to January 1, 1978, for any member who was transferred to the Employer from an Affiliated Company.

3.1.3. A Member will receive no credit for service prior to a Break In Service which occurred prior to January 1, 1975, and no

MEMBER HAS ATTAINED A YEAR OF SERVICE
AFTER HIS MOST RECENT BREAK IN SERVICE.

3.1.4. A MEMBER WILL RECEIVE CREDIT FOR ONE-HUNDRED NINETY (190) HOURS OF BENEFIT SERVICE FOR EACH CALENDAR MONTH DURING WHICH HE IS TOTALLY AND PERMANENTLY DISABLED (AS DESCRIBED IN SECTION 4.4.2.), PROVIDED HE HAS COMPLETED AT LEAST ONE (1) YEAR OF VESTING SERVICE PRIOR TO THE DATE THAT HE BECAME TOTALLY AND PERMANENTLY DISABLED.

3.1.5. A MEMBER WILL RECEIVE CREDIT FOR BENEFIT SERVICE FOR THAT MEMBER'S PERIODS OF EMPLOYMENT BY A COMPANY WHICH BECOMES AFFILIATED WITH THE COMPANY AND BECOMES A PARTICIPATING COMPANY WHICH OCCURRED PRIOR TO THE DATE ON WHICH IT BECAME A PARTICIPATING COMPANY, BUT ONLY TO THE EXTENT THAT THEY OCCUR AFTER THE DATE SPECIFIED FOR THAT COMPANY IN APPENDIX A UNDER THE COLUMN ENTITLED "BENEFIT SERVICE."

3.1.6. IN THE EVENT A MEMBER IS:

3.1.6.1. PLACED ON LAYOFF STATUS DUE TO THE TEMPORARY CLOSING OR DOWNTURN OF BUSINESS, OR

WITH STANDARD PERSONNEL POLICIES OF SUCH EMPLOYER APPLIED IN A NON-DISCRIMINATORY MANNER TO ALL EMPLOYEES SIMILARLY SITUATED, OR

3.1.6.3. ON MILITARY LEAVE WHILE THE EMPLOYEE'S RE-EMPLOYMENT RIGHTS ARE PROTECTED BY LAW,

THEN HIS SERVICE, BOTH PRIOR TO SUCH LAYOFF, LEAVE OF ABSENCE, OR MILITARY LEAVE AND AFTER RETURN TO EMPLOYMENT BY THE EMPLOYER SHALL BE AGGREGATED FOR PURPOSES OF CREDITING THAT MEMBER WITH BENEFIT SERVICE PURSUANT TO THE PLAN, PROVIDED THAT MEMBER RETURNS TO EMPLOYMENT IMMEDIATELY UPON THE EXPIRATION OF SUCH LAYOFF OR LEAVE OF ABSENCE, OR WITH RESPECT TO MILITARY LEAVE, WITHIN THE LONGER OF THE NINETY (90)-DAY PERIOD AFTER HIS HONORABLE DISCHARGE OR RELEASE OR THE PERIOD PRESCRIBED BY APPLICABLE LAW.

3.1.7. IN NO EVENT SHALL THE BENEFIT SERVICE OF A MEMBER INCLUDED IN THE COOK GROUP BE LESS THAN THAT MEMBER'S "CREDITED SERVICE" AS THAT TERM IS DEFINED AND DETERMINED UNDER THE FORMER COOK ELECTRIC COMPANY SALARIED

AS USED HEREIN, THE TERM "VESTING SERVICE" SHALL MEAN, WITH RESPECT TO A MEMBER, THE SUM OF THE PERIODS OF TIME SET FORTH IN SECTIONS 3.2.1., 3.2.2., 3.2.3. AND 3.2.4.:

3.2.1. THE NUMBER OF YEARS OF BENEFIT SERVICE CREDITED TO THAT MEMBER PURSUANT TO SECTION 3.1., BUT EXCLUDING ANY BENEFIT SERVICE CREDITED TO THAT MEMBER PURSUANT TO SECTION 3.1.4.;

3.2.2. THE NUMBER OF THAT MEMBER'S YEARS OF SERVICE WITH AN AFFILIATED COMPANY WHICH IS NOT ALSO A PARTICIPATING COMPANY, PROVIDED THAT SUCH SERVICE DID NOT OCCUR PRIOR TO A BREAK IN-SERVICE WHICH TOOK PLACE PRIOR TO JANUARY 1, 1975, AND PROVIDED FURTHER THAT NO CREDIT SHALL BE GIVEN FOR SUCH A YEAR OF SERVICE DURING ANY CALENDAR YEAR UNLESS THAT MEMBER WAS DIRECTLY OR INDIRECTLY PAID FOR ONE-THOUSAND (1,000) OR MORE HOURS OF SERVICE DURING THAT CALENDAR YEAR; AND PROVIDED FURTHER THAT SUCH YEARS OF SERVICE AND HOURS OF SERVICE SHALL BE CALCULATED IN A MANNER WHICH IS EQUIVALENT TO THE CALCULATION OF YEARS OF SERVICE AND HOURS OF SERVICE PURSUANT TO THIS PLAN;

3.2.3. THE NUMBER OF YEARS OF SERVICE WITH AN EMPLOYER

3.2.4. ANY PERIODS OF EMPLOYMENT, WITH A COMPANY WHICH BECOMES AFFILIATED WITH THE COMPANY AND BECOMES A PARTICIPATING COMPANY, WHICH OCCURRED PRIOR TO THE DATE ON WHICH IT BECAME A PARTICIPATING COMPANY, ONLY TO THE EXTENT THAT SUCH PERIODS OF EMPLOYMENT OCCURRED AFTER THE DATE SPECIFIED FOR THAT COMPANY IN APPENDIX A UNDER THE COLUMN ENTITLED "VESTING SERVICE".

3.2.5. IN NO EVENT SHALL THE VESTING SERVICE OF A MEMBER INCLUDED IN THE COOK GROUP BE LESS THAN THAT MEMBER'S "SERVICE" AS THAT TERM IS DEFINED AND DETERMINED UNDER THE FORMER COOK ELECTRIC COMPANY SALARIED EMPLOYEES PENSION PLAN AS OF OCTOBER 1, 1980.

3.3. – RETENTION OF SERVICE

BENEFIT SERVICE AND VESTING SERVICE WILL NOT BE REDUCED BY TERMINATION OF EMPLOYMENT, ABSENCES FROM WORK OR OTHER BREAKS IN SERVICE WHICH OCCUR SUBSEQUENT TO JANUARY 1, 1975.

3.4. – LIMITATION OF SERVICE CREDITED

NO MORE THAN ONE (1) YEAR OF BENEFIT SERVICE OR VESTING SERVICE WILL BE CREDITED IN RESPECT TO ANY PLAN YEAR.

4.1. - NORMAL RETIREMENT

An Active Member who retires on his Normal Retirement Date, will receive a normal retirement benefit as provided in Section 5.1., or 5.2., whichever is applicable.

4.2. - Early Retirement

4.2.1. An Active Member who has completed at least ten (10) years of Vesting Service may elect to retire early or after his Early Retirement Date and to receive an early retirement benefit commencing on the first day of any calendar month as provided in Section 5.3., and Section 5.6.3.

4.2.2. Notwithstanding the provisions of 4.2.1., an Active Member who has completed at least twenty-five years of employment with the Company and/or any Affiliated Company by age 60, or whose combination of age above 60 and years of such employment equals 85, may elect to retire early with no reduction in benefits in the Normal Retirement Benefit calculated in accordance with Section 5.1.

4.3. - Late Retirement

An Active Member may postpone his retirement past his Normal Retirement Date. Upon his Late Retirement Date, that Active Member will receive a

who does not achieve 1 member with one year of
Vesting Service who, subsequent to the
Effective Date, becomes totally and
permanently disabled will receive the
disability benefit provided in Section 5.5.,
which will become payable on his Normal
Retirement Date.

4.4.2. An Active Member will be considered, for
purposes of the Plan, to be totally and
permanently disabled if:

4.4.2.1. He is eligible to receive a
Disability Insurance Benefit as
provided in the social security law
of the United States of America, or

4.4.2.2. In the event that an Active Member is
not eligible to receive such Disability
Insurance Benefit, the Committee, on the
basis of medical evidence which is
satisfactory to it, determines that
he is prevented from engaging in any
occupation or employment for remuneratio
for which he is reasonably qualified by
education and experience unless such
prevention resulted from:

4.4.2.2.1. War or an act of war
4.4.2.2.2. Service in the armed forces

4.4.2.3. ATTEMPTED SUICIDE OR SELF-INFLICTED INJURY OR ILLNESS; OR

4.4.2.2.4. PARTICIPATION IN A CRIMINAL ACT.

4.4.3. THE TOTALLY AND PERMANENTLY DISABLED ACTIVE MEMBER SHALL SUBMIT TO MEDICAL EXAMINATIONS, AT THE EXPENSE OF THE COMPANY AT ANY REASONABLE TIME BUT NOT MORE OFTEN THAN EVERY SIX (6) MONTHS PRIOR TO THE DATE THAT HE ATTAINS NORMAL RETIREMENT AGE, THE PURPOSE OF WHICH IS TO PERMIT THE COMMITTEE TO DETERMINE WHETHER HE CONTINUES TO BE TOTALLY AND PERMANENTLY DISABLED FOR PURPOSES OF SECTION 4.5.2.2. IF THAT ACTIVE MEMBER REFUSES OR FAILS TO SUBMIT TO ANY OF THE MEDICAL EXAMINATIONS DESCRIBED ABOVE, FOR PURPOSES OF THE PLAN, HE WILL NOT BE ELIGIBLE TO BE CONSIDERED TOTALLY AND PERMANENTLY DISABLED FROM THE TIME OF HIS REFUSAL OR FAILURE UNTIL HE SUBMITS TO SUCH EXAMINATION.

4.4.4. IF AN ACTIVE MEMBER CEASES TO BE TOTALLY AND PERMANENTLY DISABLED FOR PURPOSES OF THIS PLAN BEFORE HE ATTAINS NORMAL RETIREMENT AGE, THE ACCRUAL OF HIS DISABILITY BENEFIT HEREUNDER WILL CEASE AS OF THE DATE HE SO CEASED TO BE TOTALLY AND PERMANENTLY DISABLED.

VESTING SERVICE WHOSE EMPLOYMENT IS TERMINATED OTHER THAN BY RETIREMENT OR DEATH IS ENTITLED TO A DEFERRED VESTED RETIREMENT BENEFIT AS PROVIDED IN SECTION 5.6.

4.6. – PRE-RETIREMENT DEATH BENEFIT

4.6.1. AN ACTIVE MEMBER WHO HAS (A) ATTAINED AGE FIFTY-FIVE (55), (B) COMPLETED TEN (10) OR MORE YEARS OF VESTING SERVICE, AND (C) A SPOUSE, WILL HAVE A SURVIVOR DEATH BENEFIT, BEGINNING ON THE DATE HIS PENSION PAYMENTS OTHERWISE PAYABLE PURSUANT TO THE PLAN ARE SCHEDULED TO COMMENCE, SUCH THAT UPON THAT ACTIVE MEMBER'S DEATH PRIOR TO RETIREMENT OR TERMINATION OF HIS EMPLOYMENT, HIS SPOUSE WILL RECEIVE A MONTHLY BENEFIT AS PROVIDED IN SECTION 5.7.

4.6.2. THE PRE-RETIREMENT DEATH BENEFIT DESCRIBED IN SECTION 4.6.1. SHALL BE AUTOMATICALLY CANCELLED (AND NO BENEFIT WILL BE PAYABLE AS A RESULT THEREOF, UPON THE DEATH OF THE ACTIVE MEMBER) UPON THE OCCURRENCE OF ANY OF THE FOLLOWING EVENTS:

4.6.2.1. DEATH OF THAT ACTIVE MEMBER'S SPOUSE,

4.6.2.2. RETIREMENT OR ATTAINMENT OF NORMAL RETIREMENT AGE BY THAT ACTIVE MEMBER,

4.6.2.3. TERMINATION OF EMPLOYMENT BY THAT ACTIVE MEMBER, AND/OR

4.6.2.4. FINAL DIVORCE OF THAT ACTIVE MEMBER

DEATH BENEFIT IS CANCELLED AS A RESULT OF THE
OCCURRENCE OF ANY EVENT DESCRIBED IN SECTIONS
4.6.2.1. OR 4.6.2.4., HE WILL, UPON HIS
SUBSEQUENT REMARRIAGE FOR AT LEAST ONE (1)
YEAR, HAVE A SURVIVOR DEATH BENEFIT DESCRIBED
IN 4.6.1. WITH RESPECT TO HIS NEW SPOUSE.

4.7. - DEATH AFTER RETIREMENT

IF A MEMBER DIES AFTER HIS RETIREMENT DATE,
THE PAYMENT OF MONTHLY BENEFITS PURSUANT TO THE
PLAN WILL CEASE UNLESS THE FORM OF BENEFIT THEN
IN EFFECT WITH RESPECT TO THAT MEMBER PROVIDES FOR
THE CONTINUATION OF PAYMENT OR PAYMENTS TO A
BENEFICIARY PURSUANT TO SECTION 6.3.

4.8. - NON-FORFEITABILITY OF NORMAL RETIREMENT BENEFITS

AN ACTIVE MEMBER'S RIGHT TO HIS NORMAL RETIREMENT
BENEFIT DESCRIBED IN SECTION 5.1. OR 5.2., WHICHEVER
IS APPLICABLE, IS NON-FORFEITABLE ON THE ATTAINMENT
OF NORMAL RETIREMENT AGE BY THAT ACTIVE MEMBER.

5.1.3 NORMAL RETIREMENT BENEFIT

THE ANNUAL "NORMAL RETIREMENT BENEFIT" OF A MEMBER SHALL BE THE REMAINDER OBTAINED BY SUBTRACTING FROM THE AMOUNT DESCRIBED IN SECTION 5.1.1., THE SUM OF THE AMOUNTS DESCRIBED IN SECTIONS 5.1.2. AND 5.1.3., WHERE:

5.1.1. EQUALS ONE AND ONE-HALF PERCENT (1.5%) OF THAT MEMBER'S FINAL AVERAGE EARNINGS MULTIPLIED BY HIS AGGREGATE YEARS OF BENEFIT SERVICE, UP TO A MAXIMUM OF THIRTY (30) YEARS OF BENEFIT SERVICE, AND

5.1.2. EQUALS ONE AND ONE-HALF PERCENT (1.5%) OF THAT MEMBER'S PRIMARY INSURANCE AMOUNT MULTIPLIED BY HIS AGGREGATE YEARS OF BENEFIT SERVICE, UP TO A MAXIMUM OF THIRTY (30) YEARS OF BENEFIT SERVICE, AND

5.1.3. EQUALS THE PENSION BENEFIT, IF ANY, PAYABLE TO ANY PENSION PLAN OR FORMER PENSION PLAN OF ANY AFFILIATED COMPANY WHICH PENSION BENEFIT IS BASED, IN WHOLE OR IN PART, ON A TERM OF EMPLOYMENT WITH RESPECT TO WHICH THAT MEMBER RECEIVED CREDIT FOR BENEFIT SERVICE PURSUANT TO THIS PLAN.

IN NO EVENT SHALL THE ANNUAL NORMAL RETIREMENT BENEFIT OF A MEMBER DETERMINED PURSUANT TO THIS SECTION 5.1. BE LESS THAN THE BENEFIT WHICH WOULD HAVE ACCRUED TO

EVENT SHALL THE NORMAL RETIREMENT BENEFIT OF A MEMBER BE LESS THAN THE BENEFIT WHICH THAT MEMBER WOULD HAVE BEEN ENTITLED TO RECEIVE PURSUANT TO SECTION 5.3, IF THAT MEMBER HAD ELECTED TO RECEIVE A BENEFIT PURSUANT TO SECTION 5.3.  NOR SHALL A MEMBER'S NORMAL RETIREMENT BENEFIT BE DECREASED TO A LEVEL BELOW WHAT HIS NORMAL RETIREMENT BENEFIT WOULD HAVE BEEN HAD HE NOT RETURNED TO EMPLOYMENT BY REASON OF ANY POST-SEPARATION SOCIAL SECURITY BENEFIT INCREASES.

## 5.2. – NORMAL RETIREMENT BENEFIT FOR MEMBERS IN THE COOK GROUP

NOTWITHSTANDING THE PROVISIONS OF SECTION 5.1., THE ANNUAL "NORMAL RETIREMENT BENEFIT" OF A MEMBER INCLUDED IN THE COOK GROUP SHALL BE THE GREATER OF THE AMOUNT DESCRIBED IN SECTIONS 5.2.1. OR 5.2.2. BELOW LESS ANY AMOUNTS AS MAY BE REQUIRED TO BE SUBTRACTED PURSUANT TO SECTION 5.2.3. WHERE:

5.2.1. AN AMOUNT WHICH EQUALS THE SUM OF 5.2.1.1. AND 5.2.1.2. LESS 5.2.1.3., WHERE:

        5.2.1.1. EQUALS TWO AND ONE-FOURTH PERCENT (2.25%) OF THAT MEMBER'S FINAL AVERAGE EARNINGS MULTIPLIED BY THE AGGREGATE YEARS OF BENEFIT SERVICE UP TO A MAXIMUM OF TWENTY (20) YEARS;

        5.2.1.2. EQUALS ONE PERCENT (1%) OF THAT

BENEFIT SERVICE IN EXCESS OF TWENTY (20) YEARS; AND

5.2.1.3. EQUALS TWO AND ONE-HALF PERCENT (2.50%) OF THAT MEMBER'S PRIMARY INSURANCE AMOUNT MULTIPLIED BY THE AGGREGATE YEARS OF BENEFIT SERVICE UP TO A MAXIMUM OF TWENTY (20) YEARS.

5.2.2. AN AMOUNT WHICH EQUALS $84.00 MULTIPLIED BY THE MEMBER'S AGGREGATE YEARS OF BENEFIT SERVICE.

5.2.3. AN AMOUNT WHICH EQUALS THE PENSION BENEFIT, IF ANY, PAYABLE PURSUANT TO ANY PENSION PLAN OR FORMER PENSION PLAN OF ANY AFFILIATED COMPANY WHICH PENSION BENEFIT IS BASED, IN WHOLE OR IN PART, ON A TERM OF EMPLOYMENT WITH RESPECT TO WHICH THAT MEMBER RECEIVED CREDIT FOR BENEFIT SERVICE PURSUANT TO THIS PLAN.

IN NO EVENT SHALL THE ANNUAL NORMAL RETIREMENT BENEFIT OF A MEMBER DETERMINED PURSUANT TO THIS SECTION 5.2. BE LESS THAN THE BENEFIT WHICH WOULD HAVE ACCRUED TO THAT MEMBER AS OF OCTOBER 1, 1980, BASED ON THE PROVISIONS OF THE COOK ELECTRIC COMPANY SALARIED EMPLOYEES PENSION PLAN IN EFFECT ON THAT DATE.  IN NO EVENT SHALL THE NORMAL RETIREMENT BENEFIT OF A MEMBER BE LESS THAN THE BENEFIT WHICH THAT MEMBER WOULD HAVE BEEN ENTITLED TO RECEIVE PURSUANT TO SECTION 5.3. IF THAT MEMBER HAD ELECTED TO RECEIVE A BENEFIT PURSUANT TO SECTION 5.3.

BENEFIT WOULD HAVE BEEN HAD HE NOT RETURNED TO EMPLOYMENT

Case 1:07-cv-00189-GBD   Document 1   Filed 01/10/07   Page 89 of 115

BY REASON OF ANY POST-SEPARATION SOCIAL SECURITY BENEFIT

INCREASE.

## 5.3. – EARLY RETIREMENT BENEFIT

5.3.1. THE ANNUAL "EARLY RETIREMENT BENEFIT" OF A
MEMBER WHO BECOMES ELIGIBLE THEREFOR PURSUANT
TO SECTION 4.2., SHALL BE THE BENEFIT CALCULATED
AS PROVIDED IN SECTION 5.1. BASED ON THAT MEMBER'S
BENEFIT SERVICE, PRIMARY INSURANCE AMOUNT AND
FINAL AVERAGE EARNINGS, AT THE TIME OF HIS ACTUAL
RETIREMENT DATE.

5.3.2. NOTWITHSTANDING SECTION 5.3.1., FOR
MEMBERS INCLUDED IN THE COOK GROUP, THE
ANNUAL "EARLY RETIREMENT BENEFIT" OF SUCH
A MEMBER WHO BECOMES ELIGIBLE THEREFOR
PURSUANT TO SECTION 4.2., SHALL BE THE
BENEFIT CALCULATED AS PROVIDED IN SECTION
5.2. BASED ON THAT MEMBER'S BENEFIT
SERVICE, PRIMARY INSURANCE AMOUNT AND
FINAL AVERAGE EARNINGS AT THE TIME OF HIS
ACTUAL RETIREMENT DATE, WHERE:

5.3.2.1. BENEFIT SERVICE EQUALS THE SUM
OF THAT MEMBER'S BENEFIT SERVICE
AT DATE OF DETERMINATION, AND
BENEFIT SERVICE THAT MEMBER
WOULD HAVE HAD, IF HE HAD ONE

DETERMINATION TO HIS NORMAL
RETIREMENT DATE, AND

5.3.2.2. THE BENEFIT SO DETERMINED SHALL
BE REDUCED BY MULTIPLYING IT BY
A FRACTION, THE NUMERATOR OF
WHICH IS THAT MEMBER'S VESTING
SERVICE TO DATE OF
DETERMINATION PLUS THE NUMBER OF
YEARS (AND ANY FRACTION THEREOF)
FROM DATE OF DETERMINATION TO
HIS NORMAL RETIREMENT DATE.

5.3.3. BENEFITS PAYABLE PURSUANT TO SECTION
5.3.1. OR 5.3.2., AS APPLICABLE, WILL BE
REDUCED ONE-FOURTH PERCENT (1/4%) FOR EACH
COMPLETE CALENDAR MONTH BY WHICH THAT
MEMBER COMMENCES TO RECEIVE BENEFITS
PURSUANT TO SECTION 5.3.1. OR 5.3.2.
BETWEEN THAT MEMBER'S ATTAINMENT OF AGE 62
AND HIS NORMAL RETIREMENT DATE. BENEFITS
PAYABLE PURSUANT TO SECTION 5.3.1. OR
5.3.2., AS APPLICABLE, WILL BE REDUCED BY
FIVE-TWELFTHS PERCENT (5/12%) FOR EACH
COMPLETE CALENDAR MONTH BY WHICH THAT
MEMBER COMMENCES TO RECEIVE BENEFITS
PURSUANT TO SECTION 5.3.1. OR 5.3.2. PRIOR
TO THAT MEMBER'S ATTAINMENT OF AGE 62.

WHO RETIRES AFTER HIS NORMAL RETIREMENT DATE SHALL
BE THE BENEFIT TO WHICH HE WOULD HAVE BEEN
ENTITLED HEREUNDER HAD HE RETIRED ON HIS NORMAL
RETIREMENT DATE.

## 5.5. – DISABILITY RETIREMENT BENEFIT

THE ANNUAL "DISABILITY RETIREMENT BENEFIT" OF A
MEMBER WHO BECOMES ELIGIBLE THEREFOR PURSUANT TO
SECTION 4.5. SHALL BE THE AMOUNT BY WHICH THE
BENEFIT COMPUTED PURSUANT TO SECTION 5.1., OR
SECTION 5.2. WITH RESPECT TO A MEMBER INCLUDED IN
THE COOK GROUP, BASED ON THAT MEMBER'S BENEFIT
SERVICE AS OF HIS NORMAL RETIREMENT DATE AND THAT
MEMBER'S PRIMARY INSURANCE AMOUNT AND FINAL
AVERAGE EARNINGS AS OF THE DATE HE CEASED TO BE AN
ACTIVE MEMBER EXCEEDS ANY BENEFIT TO WHICH HE IS
ENTITLED PURSUANT TO SECTION 4.5.

## 5.6. – VESTED RETIREMENT BENEFIT

5.6.1. THE ANNUAL "VESTED RETIREMENT BENEFIT" OF
A MEMBER WHO BECOMES ELIGIBLE THEREFOR
PURSUANT TO SECTION 4.5., SHALL BE THE
BENEFIT COMPUTED AS PROVIDED IN SECTION
5.1., BASED ON THE MEMBER'S BENEFIT
SERVICE, PRIMARY INSURANCE AMOUNT AND
FINAL AVERAGE EARNINGS, ALL AS OF HIS
TERMINATION DATE, AND PAYABLE AS OF HIS
NORMAL RETIREMENT DATE IF HE IS THEN

the amount of the annual "Vested Retirement Benefit" of a Member who becomes eligible therefor pursuant to Section 4.5., shall be the benefit calculated as provided in Section 5.2. based on that Member's Benefit Service, Primary Insurance Amount and Final Average Earnings at the time of his Actual Retirement Date, where:

5.6.2.1. Benefit Service equals the sum of that Member's Benefit Service at date of determination, and Benefit Service that Member would have had, if he had one (1) Year of Service during each Plan Year from the date of determination to his Normal Retirement Date, and;

5.6.2.2. the benefit so determined shall be reduced by multiplying it by a fraction, the numerator of which is that Member's Vesting Service to date of determination and the denominator of which is that Member's Vesting Service to date of determination plus the

DETERMINATION TO HIS NORMAL RETIREMENT DATE.

5.6.3. A MEMBER MAY ELECT TO HAVE PAYMENT OF HIS VESTED RETIREMENT BENEFIT COMMENCE PRIOR TO HIS NORMAL RETIREMENT DATE, BUT NOT BEFORE HIS EARLY RETIREMENT DATE. IN THE EVENT A MEMBER MAKES THE ELECTION DESCRIBED ABOVE, HIS BENEFIT PAYABLE PURSUANT TO SECTION 5.6.1. OR 5.6.2., AS APPLICABLE, WILL BE REDUCED FIVE-TWELFTHS PERCENT (5/12%) FOR EACH COMPLETE CALENDAR MONTH BY WHICH THE DATE ON WHICH THAT MEMBER COMMENCES TO RECEIVE SUCH BENEFITS PRECEDES THE MEMBER'S NORMAL RETIREMENT DATE.

## 5.7. - PRE-RETIREMENT DEATH BENEFIT

THE BENEFIT AS PROVIDED IN SECTION 4.6., PAYABLE TO THE MEMBER'S SPOUSE WILL BE THE BENEFIT THAT SPOUSE WOULD HAVE RECEIVED IF THAT MEMBER:

5.7.1. HAD RETIRED ON THE FIRST DATE OF THE CALENDAR MONTH FOLLOWING HIS DATE OF DEATH OR ON HIS DATE OF DEATH IF HE DIED ON THE FIRST DAY OF A CALENDAR MONTH, AND

5.7.2. HAD ELECTED A JOINT AND 50% SURVIVOR BENEFIT AS PROVIDED IN SECTION 6.3.2.2. WITH HIS SPOUSE AS THE BENEFICIARY.

TO A MEMBER WHILE HE IS A TRANSFERRED MEMBER UNDER THE PLAN EXCEPT AS OTHERWISE PROVIDED IN SECTION 5.8.2. BELOW.  UPON HIS SUBSEQUENT RETIREMENT, TERMINATION OR DEATH, SUCH TRANSFERRED MEMBER SHALL BE ENTITLED TO BENEFITS IN ACCORDANCE WITH THE PLAN AS IT IS THEN IN EFFECT.  THE BENEFITS PAYABLE PURSUANT TO THE PLAN TO THAT TRANSFERRED MEMBER SHALL BE COMPUTED IN ACCORDANCE WITH THIS ARTICLE V, EXCEPT THAT SUCH COMPUTATION SHALL BE BASED UPON THAT TRANSFERRED MEMBER'S:

5.8.1.1. BENEFIT SERVICE AS OF THE DATE THAT HE BECAME A TRANSFERRED MEMBER, AND

5.8.1.2. HIS PRIMARY INSURANCE AMOUNT AND FINAL AVERAGE EARNINGS (IF THE AFFILIATED COMPANIES WHICH EMPLOYED HIM DURING THE APPROPRIATE ONE HUNDRED TWENTY (120) MONTH PERIOD HAD BEEN PARTICIPATING COMPANIES), AS OF THE DATE OF HIS SUBSEQUENT RETIREMENT, TERMINATION OR DEATH, WHICHEVER IS APPLICABLE. FOR THE SOLE PURPOSE OF

gmenVESTING SERVICE, A TRANSFERRED
Case 1:07-cv-00189-GBD   Document 1   Filed 01/10/07   Page 95 of 115

MEMBER SHALL RECEIVE CREDIT FOR
ONE (1) YEAR OF VESTING SERVICE
FOR EACH PLAN YEAR IN WHICH THAT
TRANSFERRED MEMBER WOULD HAVE
HAD ONE THOUSAND (1,000) HOURS
OF SERVICE IF HIS EMPLOYER HAD
BEEN A PARTICIPATING COMPANY.

5.8.2.  IF A MEMBER WHO HAS AT LEAST SEVEN (7)
YEARS OF VESTING SERVICE UNDER THE PLAN
RETIRES, DIES OR TERMINATES HIS
EMPLOYMENT WITH THE COMPANY OR AN
AFFILIATED COMPANY, AS APPLICABLE,
WHILE A TRANSFERRED MEMBER AND SUCH
MEMBER IS NOT ELIGIBLE TO RECEIVE
A RETIREMENT, DEATH OR TERMINATION
BENEFIT UNDER THE PENSION PLAN OR PLANS
(OTHER THAN THE NORTHERN TELECOM INC.
EMPLOYEE THRIFT/SAVINGS PLAN) IN WHICH
HE HAS PARTICIPATED (IF ANY) SINCE HE
BECAME A TRANSFERRED MEMBER, THEN THE
PERIOD OF TIME (EXCLUDING ANY SERVICE
WITH AN EMPLOYER) THAT HE WAS A
TRANSFERRED MEMBER AND WHICH WAS
CONSIDERED AS VESTING SERVICE PURSUANT
TO SECTION 5.8.1. WILL ALSO BE

## 5.9. - Accrued Retirement Benefits

The annual "Accrued Retirement Benefit" of a Member, whether or not vested, which a Member has earned up to any date and which may become payable at his Normal Retirement Date shall be the benefit computed as provided in Section 5.6, based on the Member's Benefit Service, Primary Insurance Amount and Final Average Earnings, all as of the date on which that Accrued Retirement Benefit is computed.

## 5.10. - Death Benefits For Certain Cook Electric Division Employees

Upon the death of a retired Member who was a member of the Cook Electric Company Salaried Employees Pension Plan on October 1, 1980, a lump sum benefit shall be payable to his designee if the Member retired pursuant to Section 4.1. or 4.2. The amount of the death benefit shall be $5,000 if the designated beneficiary of the retired Member is his surviving spouse, or $2,000 if the designated beneficiary is not his surviving spouse.

## 5.11.- No Other Benefits

No benefits other than those provided for in this Article V will be payable pursuant to the Plan.

6.1.1. EXCEPT AS OTHERWISE PROVIDED IN SECTION 6.4., ALL BENEFITS WHICH BECOME PAYABLE HEREUNDER WILL BE PAYABLE MONTHLY IN AN AMOUNT WHICH IS EQUAL TO ONE-TWELFTH (1/12) OF THE APPROPRIATE ANNUAL BENEFIT, CALCULATED AS PROVIDED HEREIN, COMMENCING ON THE FIRST DAY OF THE CALENDAR MONTH FOLLOWING THE ACTUAL RETIREMENT DATE, THE DATE OF DEATH OR THE DATE ON WHICH A RECIPIENT ELECTS TO COMMENCE RECEIPT OF SUCH BENEFITS, WHICHEVER IS APPLICABLE, EXCEPT THAT IF THE APPLICABLE DATE OCCURS ON THE FIRST DAY OF A CALENDAR MONTH, THEN SUCH BENEFITS SHALL COMMENCE TO BE PAYABLE ON THAT DATE. ALL SUCH MONTHLY PAYMENTS SHALL CONTINUE UNTIL THE LAST MONTHLY PAYMENT PRIOR TO THE DEATH OF THE PAYEE.

6.1.2. IF A MEMBER WHO HAS RETIRED AND IS RECEIVING BENEFITS, PURSUANT TO THE PLAN, SUBSEQUENTLY BECOMES AN EMPLOYEE AND IS CREDITED WITH A YEAR OF SERVICE, PAYMENTS OF BENEFITS TO HIM PURSUANT TO THIS PLAN SHALL CEASE UNTIL HIS SUBSEQUENT RETIREMENT. UPON HIS SUBSEQUENT

ADJUSTED TO TAKE INTO ACCOUNT THE BENEFITS RECEIVED PRIOR TO THE DATE THAT HE SUBSEQUENTLY BECAME AN EMPLOYEE, PROVIDED THAT IN NO EVENT SHALL THE AMOUNT OF THAT MEMBER'S BENEFITS HEREUNDER BE INCREASED FOR ANY SUCH SERVICE OCCURRING AFTER HIS NORMAL RETIREMENT DATE.

## 6.2. - FACILITY OF PAYMENT

IF THE COMMITTEE FINDS THAT ANY PERSON TO WHOM A BENEFIT IS PAYABLE FROM THE FUND PURSUANT TO THE PLAN, IS UNABLE TO CARE FOR HIS AFFAIRS BECAUSE OF ILLNESS OR ACCIDENT, ANY PAYMENT DUE MAY BE PAID ONLY TO A DULY APPOINTED GUARDIAN, COMMITTEE OR OTHER LEGAL REPRESENTATIVE. ANY SUCH PAYMENTS WILL DISCHARGE ANY LIABILITY UNDER THE PLAN THEREFOR.

## 6.3. - FORM OF PAYMENT

6.3.1. EXCEPT AS SET FORTH BELOW, A MEMBER WHO HAS A SPOUSE ON HIS ACTUAL RETIREMENT WILL AUTOMATICALLY RECEIVE AN ACTUARIALLY EQUIVALENT JOINT AND 50% SURVIVOR BENEFIT AND ALL OTHER MEMBERS WILL AUTOMATICALLY RECEIVE A STRAIGHT LIFE ANNUITY. ANY MEMBER MAY ELECT TO RECEIVE ANY OPTIONAL FORM OF BENEFIT, AS PROVIDED IN SECTION

WITH A GENERAL DESCRIPTION OF THE JOINT AND SURVIVOR BENEFIT DESCRIBED IN THIS SECTION 6.3., THE CIRCUMSTANCES UNDER WHICH IT WILL BE PROVIDED UNLESS A MEMBER OR HIS SPOUSE HAS ELECTED NOT TO HAVE THE BENEFIT PROVIDED IN THAT FORM, AND THE AVAILABILITY OF SUCH ELECTION, INCLUDING A GENERAL EXPLANATION OF THE RELATIVE FINANCIAL EFFECT ON A MEMBER'S BENEFIT OF SUCH ELECTION. SUCH INFORMATION SHALL BE PROVIDED ONE HUNDRED EIGHTY (180) DAYS BEFORE THE MEMBER'S RETIREMENT. EACH MEMBER SHALL HAVE AN ELECTION PERIOD OF NINETY (90) DAYS FOLLOWING THE FURNISHING OF ALL SUCH INFORMATION IN ORDER TO MAKE HIS ELECTION. AT LEAST NINETY (90) DAYS PRIOR TO A MEMBER'S RETIREMENT, THAT MEMBER MAY ELECT IN WRITING, ON A FORM ESTABLISHED AND FURNISHED BY THE COMMITTEE, TO RECEIVE ONE (1) OF THE FOLLOWING ACTUARIALLY EQUIVALENT FORMS OF BENEFIT:

6.3.2.1. A STRAIGHT LIFE ANNUITY;

6.3.2.2. A JOINT AND SURVIVOR BENEFIT PURSUANT TO WHICH A REDUCED MONTHLY BENEFIT SHALL BE PAYABLE FOR LIFE TO THE MEMBER, AND A

A REDUCED BENEFIT, CONTINUING AFTER HIS DEATH SHALL BE PAYABLE FOR THE REMAINING LIFETIME OF HIS BENEFICIARY;

6.3.2.3. A TEN (10)-YEAR CERTAIN BENEFIT PURSUANT TO WHICH A REDUCED MONTHLY BENEFIT SHALL BE PAYABLE FOR LIFE TO THE MEMBER PROVIDED THAT THE MEMBER OR HIS BENEFICIARY SHALL IN ALL EVENTS RECEIVE NO LESS THAN ONE-HUNDRED TWENTY (120) MONTHLY PAYMENTS THEREUNDER.

6.3.2.4. A SOCIAL SECURITY LEVELING BENE-FIT PURSUANT TO WHICH AN INCREASED BENEFIT SHALL BE PAY-ABLE PRIOR TO THE MEMBER'S ATTAINMENT OF AGE SIXTY-TWO (62), AND REDUCED BENEFITS SHALL BE PAYABLE THEREAFTER.

IN NO EVENT MAY THE ELECTION PERIOD END EARLIER THAN THE 90TH DAY BEFORE THE COMMENCEMENT OF BENEFITS.

6.3.3. IN THE EVENT THAT A MEMBER'S BENEFICIARY IS A PERSON OR ENTITY OTHER THAN HIS SPOUSE, THE ACTUARIALLY EQUIVALENT VALUE

BE MORE THAN 50% OF THE ACTUARIALLY EQUIVALENT TOTAL VALUE OF THE BENEFITS PAYABLE TO THE MEMBER AND HIS BENEFICIARIES.

6.3.4. THE ELECTION OF ANY OPTIONAL FORM OF RETIREMENT BENEFIT HEREUNDER SHALL ONLY BE EFFECTIVE UPON THE MEMBER'S ACTUAL RETIREMENT DATE. A MEMBER MAY REVOKE OR CHANGE SUCH ELECTION AT ANY TIME PRIOR TO HIS ACTUAL RETIREMENT DATE, IN WRITING ON A FORM ESTABLISHED AND FURNISHED BY THE COMMITTEE. THE DEATH OF A MEMBER'S BENEFICIARY PRIOR TO HIS ACTUAL RETIREMENT DATE SHALL AUTOMATICALLY REVOKE THAT MEMBER'S ELECTION OF A JOINT AND SURVIVOR BENEFIT HEREUNDER.

6.3.5. NOTWITHSTANDING ANYTHING CONTAINED IN ARTICLE VI TO THE CONTRARY:

(1) IF A MEMBER WHO HAS A SPOUSE ON HIS DATE OF DEATH, DIES AFTER HIS NORMAL RETIREMENT DATE BUT BEFORE HIS ACTUAL RETIREMENT DATE, AND SUCH MEMBER HAS NOT ELECTED TO RECEIVE ANOTHER FORM OF BENEFIT PURSUANT TO SECTION 6.3.2., HE SHALL BE DEEMED TO HAVE RETIRED ON THE CALENDAR DAY PRECEDING

(2) IF A MEMBER WHO WOULD BE ELIGIBLE TO RECEIVE AN EARLY RETIREMENT BENEFIT (EXCEPT FOR ANY REQUIREMENT THAT A CLAIM FOR BENEFITS BE FILED), AND WHO HAS A SPOUSE ON HIS DATE OF DEATH, DIES AFTER THE DATE ON WHICH HE COULD FIRST BEGIN TO RECEIVE AN EARLY RETIREMENT BENEFIT BUT BEFORE BEGINNING TO RECEIVE SUCH BENEFITS, AND SUCH MEMBER HAS NOT ELECTED TO RECEIVE ANOTHER FORM OF BENEFIT PURSUANT TO SECTION 6.3.2., HE SHALL BE DEEMED TO HAVE RETIRED ON THE CALENDAR DAY PRECEDING HIS DATE OF DEATH AND TO HAVE ELECTED TO RECEIVE AN ACTUARIALLY EQUIVALENT JOINT AND 50% SURVIVOR BENEFIT.

## 6.4. – PAYMENT OF SMALL BENEFITS

IF THE BENEFIT OF ANY MEMBER OR BENEFICIARY CURRENTLY ENTITLED TO BENEFITS IS ACTUARIALLY EQUIVALENT TO A LUMP SUM AMOUNT WHICH IS LESS THAN ONE THOUSAND, SEVEN-HUNDRED AND FIFTY DOLLARS ($1,750), THE COMMITTEE MAY DISTRIBUTE SUCH LUMP-SUM TO THE MEMBER OR BENEFICIARY IN LIEU AND IN COMPLETE DISCHARGE OF ITS OBLIGATION TO FURNISH

## 7.1. – Fund

THE FUNDING OF THE PLAN AND PAYMENT OF THE BENEFITS THEREUNDER WILL BE PROVIDED FOR THROUGH THE MEDIUM OF A TRUST FUND HELD BY A TRUSTEE OR TRUSTEES UNDER THE PROVISIONS OF A TRUST AGREEMENT. THE NAMES OF CURRENT TRUSTEES SHALL BE PUBLISHED BY, AND AVAILABLE FROM, THE SECRETARY OF THE COMPANY. THE CONTRIBUTIONS OF THE EMPLOYER TO THE TRUST FUND, TOGETHER WITH ANY INCOME, GAINS OR PROFITS, LESS DISTRIBUTIONS AND LOSSES, WILL CONSTITUTE THE FUND. THE COMPANY WILL DETERMINE THE FORM AND TERMS OF ANY SUCH TRUST AGREEMENT AND MAY MODIFY ANY SUCH TRUST AGREEMENT FROM TIME TO TIME TO ACCOMPLISH THE PURPOSES OF THIS PLAN, AND MAY REMOVE ANY TRUSTEE.

## 7.2. – Employer Contributions

7.2.1. IT IS THE INTENTION OF THE COMPANY THAT THE EMPLOYER SHALL MAKE, FROM TIME TO TIME, THE CONTRIBUTIONS TO THE FUND AS DESCRIBED IN SECTION 7.1. IN THE AMOUNTS AS DETERMINED BY THE COMPANY. EXPENSES OF THE PLAN, UNLESS PAID BY THE COMPANY, WILL BE PAID OUT OF THE ASSETS OF THE FUND.

7.2.2. ANY FORFEITURE ARISING FROM AN EMPLOYEE'S TERMINATION OF EMPLOYMENT OR DEATH OR FOR ANY OTHER REASON PRIOR TO THE TERMINATION

THE PRECEDING PARAGRAPH AND WILL NOT
INCREASE ANY BENEFITS OTHERWISE PAYABLE
HEREUNDER.

### 7.3. - IRREVOCABILITY

THE EMPLOYER WILL HAVE NO RIGHT, TITLE, OR
INTEREST IN THE CONTRIBUTIONS MADE BY IT TO THE
TRUSTEE AND NO PART OF THE FUND WILL REVERT TO THE
EMPLOYER EXCEPT THAT, AFTER SATISFACTION OF ALL
LIABILITIES OF THE PLAN, AS SET FORTH IN SECTION
9.2., SUCH AMOUNT REMAINING AS THE RESULT OF AN
ERRONEOUS ACTUARIAL CALCULATION MAY REVERT TO THE
EMPLOYER.  HOWEVER, ALL CONTRIBUTIONS ARE MADE
SUBJECT TO DEDUCTIBILITY FOR TAX PURPOSES AND THE
CONTINUED QUALIFICATION OF THE PLAN WITH THE
INTERNAL REVENUE SERVICE.

Case 1:07-cv-00189-GBD Document 1 Filed 01/10/07 Page 106 of 115

8.1.1. The Plan will be administered by the Employee Benefits Committee of the Company. The number of members of the Committee shall be fixed by the Board from time to time. The Board may remove any member of the Committee as it deems appropriate. Names of the current members of the Committee shall be published by, and available from, the Secretary of the Company. The Committee will pass upon all questions concerning the application or interpretation of the provisions of the Plan. The Committee will decide all such questions in accordance with the terms of the Plan and all such decisions of the Committee will be final and binding upon the Company and the Members. The Committee will have no power to add to or subtract from or to modify any of the terms of the Plan, nor to change or add to any benefits provided by the Plan.

8.1.2. Any act which this Plan authorizes or requires the Committee to do may be done at a meeting of the Committee by a majority of the members of the Committee

SUCH OTHER AGENTS AND REPRESENTATIVES AS
IT MAY DEEM ADVISABLE (WHOM MAY, BUT
NEED NOT, BE MEMBERS OF THE COMMITTEE) TO
KEEP ITS RECORDS TO ASSIST IT IN DOING ANY
OTHER ACT OR THING TO BE DONE OR PERFORMED
BY THE COMMITTEE.  IN ITS RELATIONSHIP
WITH THE TRUSTEE AND ANY INSURANCE COMPANY
OR COMPANIES ON ANY MATTER OR THING
INCLUDED IN THIS PLAN, ONE (1) MEMBER OF
THE COMMITTEE MAY BE AUTHORIZED BY IT TO
SIGN OR EXECUTE ON ITS BEHALF ANY
DOCUMENT.  THE COMMITTEE WILL CERTIFY TO
THE TRUSTEES AND TO SUCH INSURANCE COMPANY
OR COMPANIES THE NAME AND SIGNATURE OF THE
MEMBER OF THE COMMITTEE WHO IS SO
AUTHORIZED.

8.1.4. THE MEMBERS OF THE COMMITTEE WILL SERVE
WITHOUT COMPENSATION FOR SERVICES AS SUCH,
BUT ALL EXPENSES OF THE COMMITTEE WILL BE
PAID BY THE COMPANY.

8.2. - FIDUCIARY DUTIES

8.2.1. THE COMMITTEE AND THE INVESTMENT COMMITTEE
(AS HEREINAFTER DEFINED) SHALL EACH BE
NAMED FIDUCIARIES FOR THE PLAN.  FOR
PURPOSES HEREOF THE INVESTMENT COMMITTEE
SHALL CONSIST OF SUCH INDIVIDUAL OR

8.2.2. THE COMMITTEE WILL HAVE THE FOLLOWING
POWERS, DUTIES, AND RESPONSIBILITIES,
WHICH IT MAY RETAIN OR DELEGATE IN WRITING
AMONG THE BELOW MENTIONED BODIES:

8.2.2.1. POWERS, DUTIES AND RESPONSIBIL-
ITIES OF ADMINISTRATION ARE
DELEGABLE TO AN ADMINISTRATOR
AND

8.2.2.2. POWERS, DUTIES AND RESPONSIBIL-
ITIES OF CUSTODY AND DISBURSE-
MENT ARE DELEGABLE TO THE
TRUSTEE, AN ADMINISTRATOR, OR AN
INSURANCE COMPANY.

8.2.3. THE INVESTMENT COMMITTEE SHALL HAVE THE
POWERS, DUTIES AND RESPONSIBILITIES OF
INVESTMENT WITH RESPECT TO THE PLAN
UNLESS, AND TO THE EXTENT, SUCH POWERS,
DUTIES AND RESPONSIBILITIES ARE DELEGATED
TO THE TRUSTEE, AN INVESTMENT MANAGER, OR
AN INSURANCE COMPANY, BY THE INVESTMENT
COMMITTEE.

8.2.4. THE COMMITTEE MAY APPOINT AN
ADMINISTRATOR, AN INVESTMENT ADVISOR, OR
AN INSURANCE COMPANY, AND REVIEW OR
REDELEGATE THE EXERCISE OF THE POWERS,
DUTIES AND RESPONSIBILITIES DESCRIBED IN

AND WILL REVIEW FROM TIME TO TIME A
FUNDING POLICY WHICH CONSIDERS BOTH
IMMEDIATE AND LONG RANGE FINANCIAL GOALS
OF THE PLAN AND WHICH SATISFIES THE
REQUIREMENTS OF PART 3 OF TITLE 1 OF THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT OF
1974.

8.2.6. THE COMPANY WILL PROVIDE APPROPRIATE
INSURANCE COVERAGE FOR THE MEMBERS OF THE
COMMITTEE AND EACH OTHER FIDUCIARY OF THE
PLAN WHO IS NOT OTHERWISE APPROPRIATELY
INSURED.

## 8.3. - APPEALS PROCEDURE

ALL CLAIMS FOR BENEFITS UNDER THE PLAN WILL
BE DIRECTED TO THE ATTENTION OF THE COMMITTEE. IF
THE COMMITTEE DETERMINES THAT ANY INDIVIDUAL WHO
HAS CLAIMED A RIGHT TO RECEIVE BENEFITS UNDER THE
PLAN IS NOT ENTITLED TO RECEIVE ALL OR ANY PART OF
THE BENEFITS CLAIMED, IT WILL INFORM THE CLAIMANT
BY CERTIFIED MAIL OF ITS DETERMINATION AND THE
REASONS THEREFOR IN LAYMEN'S TERMS, WITH SPECIFIC
REFERENCE TO PERTINENT PLAN PROVISIONS AND WITH A
DESCRIPTION OF THE REVIEW PROCEDURES SET FORTH
BELOW. THE CLAIMANT MAY WITHIN SIXTY (60) DAYS
THEREAFTER SUBMIT TO THE COMMITTEE BY CERTIFIED OR
REGISTERED MAIL SUCH FURTHER INFORMATION AS WILL,

INFORMATION. THE COMMITTEE DETERMINES THAT THE CLAIMANT IS NOT ENTITLED TO THE BENEFITS CLAIMED, IT WILL AFFORD THE CLAIMANT OR HIS REPRESENTATIVE A REASONABLE OPPORTUNITY TO APPEAR PERSONALLY BEFORE IT, TO SUBMIT ISSUES AND COMMENTS IN WRITING, AND TO REVIEW PERTINENT DOCUMENTS. THE COMMITTEE WILL RENDER ITS FINAL DECISION WITH THE SPECIFIC REASONS THEREFOR IN WRITING AND WILL TRANSMIT IT TO THE CLAIMANT BY CERTIFIED MAIL WITHIN FIFTY (50) DAYS OF ANY SUCH APPEARANCE.

THE COMPANY HOPES AND EXPECTS TO CONTINUE
THE PLAN, BUT NECESSARILY RESERVES THE RIGHT TO
AMEND THE PLAN AT ANY TIME OR FROM TIME TO TIME OR
TO TERMINATE THE PLAN. AMENDMENTS WILL BE MADE BY
APPROPRIATE ACTIONS OF THE BOARD. EXCEPT AS
PROVIDED IN SECTION 7.3., NO SUCH ACTION WILL
OPERATE TO RECAPTURE FOR THE EMPLOYER ANY PART OF
THE FUND PREVIOUSLY CONTRIBUTED TO THE TRUSTEE
UNDER THE PLAN, NOR, EXCEPT TO THE EXTENT
NECESSARY TO MEET THE REQUIREMENTS OF THE INTERNAL
REVENUE SERVICE OR ANY OTHER GOVERNMENTAL
AUTHORITY TO ADVERSELY AFFECT THE PENSIONS
PURSUANT TO THE PLAN OF MEMBERS ALREADY RETIRED,
OR THE FUND SECURING SUCH PENSIONS.

NO AMENDMENT SHALL HAVE THE EFFECT OF
REDUCING THE NONFORFEITABLE PERCENTAGE (DETERMINED
AS OF THE LATER OF THE DATE THE AMENDMENT IS
ADOPTED OR EFFECTIVE) OF THE RIGHT OF A MEMBER TO
HIS ACCRUED RETIREMENT BENEFIT.

## 9.2. - TERMINATION OF THE PLAN

IF THE PLAN IS TERMINATED IN ACCORDANCE WITH
SECTION 9.1., THE ASSETS OF THE FUND WILL BE
ALLOCATED, SUBJECT TO PROVISIONS FOR EXPENSE OF
ADMINISTRATION OF LIQUIDATION, FOR THE FOLLOWING
PENSION PURPOSES AND IN THE FOLLOWING MANNER AND

9.2.1. FIRST, EQUALLY AMONG BENEFITS OF INDIVIDUALS IN THE FOLLOWING TWO (2) SUBCATEGORIES:

9.2.1.1. IN THE CASE OF BENEFITS IN PAY TERMINATION (AT THE LOWEST PAY LEVEL IN THAT PERIOD AND AT THE LOWEST BENEFIT LEVEL UNDER THE PLAN DURING THE FIVE (5) YEARS PRIOR TO TERMINATION), AND

9.2.1.2. IN THE CASE OF BENEFITS WHICH WOULD HAVE BEEN IN PAY STATUS THREE (3) YEARS PRIOR TO TERMINATION HAD THE MEMBER BEEN RETIRED AND HIS BENEFITS COMMENCED THEN, AT THE LOWEST BENEFIT LEVEL UNDER THE PLAN DURING THE FIVE (5) YEAR PERIOD PRIOR TO TERMINATION.

9.2.2. SECOND, AMONG ALL OTHER BENEFITS (IF ANY) OF INDIVIDUALS UNDER THE PLAN GUARANTEED UNDER THE TERMINATION INSURANCE PROVISIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, DETERMINED WITHOUT REGARD TO SECTIONS 4022(B)(5) AND 4022(B)(6) (RELATING TO BENEFITS OF OWNER-EMPLOYEES),

9.2.3. THIRD, AMONG ALL OTHER NON-FORFEITABLE

9.2.4. FOURTH, AMONG ALL OTHER BENEFITS UNDER THE
PLAN.

IF THE ASSETS OF THE FUND AVAILABLE FOR
ALLOCATION UNDER ANY PRIORITY CATEGORY DESCRIBED
ABOVE ARE INSUFFICIENT TO SATISFY, IN FULL, THE
BENEFITS OF ALL INDIVIDUALS IN THAT PRIORITY
CATEGORY, THE ASSETS WILL BE ALLOCATED PRO RATA
AMONG SUCH INDIVIDUALS ON THE BASIS OF THE PRESENT
VALUE OF THEIR RESPECTIVE BENEFITS AS OF THE DATE
OF THE PLAN'S TERMINATION. TO THE EXTENT FUNDED,
THE RIGHTS OF ALL MEMBERS TO BENEFITS ACCRUED AS
OF THE DATE OF THE PLAN'S TERMINATION OR PARTIAL
TERMINATION ARE NON-FORFEITABLE. ANY RESIDUAL
ASSETS OF THE PLAN REMAINING AFTER THE ABOVE
ALLOCATION WILL BE DISTRIBUTED TO THE EMPLOYER
PROVIDED ALL LIABILITIES OF THE PLAN TO MEMBERS
AND THEIR BENEFICIARIES HAVE BEEN SATISFIED.

9.3. - MERGER OF THE PLAN

IF THE PLAN IS MERGED INTO, OR CONSOLIDATED
WITH, ANY OTHER PLAN, OR IF THE PLAN'S ASSETS OR
LIABILITIES ARE TRANSFERRED TO ANY OTHER PLAN, EACH
MEMBER WILL BE ENTITLED TO RECEIVE A BENEFIT
IMMEDIATELY AFTER THE MERGER, CONSOLIDATION, OR
TRANSFER (IF THE PLAN WAS THEN TERMINATED) WHICH
SHALL BE EQUAL TO, OR GREATER THAN, THE BENEFIT HE

## 10.1. – MAXIMUM BENEFIT

10.1.1. NOTWITHSTANDING ANYTHING IN THE PLAN TO THE CONTRARY, THE ANNUAL BENEFIT PAYABLE HEREUNDER TO ANY MEMBER, WILL NOT EXCEED THE LESSER OF:

10.1.1.1. ONE HUNDRED PERCENT (100%) OF THAT MEMBER'S AVERAGE ANNUAL COMPENSATION FOR HIS HIGHEST THREE (3) CONSECUTIVE PLAN YEARS, OR

10.1.1.2. $98,100, PROVIDED THAT AS OF JANUARY 1 OF EACH CALENDAR YEAR, THE DOLLAR LIMITATION, AS DETERMINED BY THE COMMISSIONER OF INTERNAL REVENUE, FOR THAT CALENDAR YEAR WILL BECOME EFFECTIVE AS THE AMOUNT SET FORTH IN THIS SECTION 10.1.1.2. FOR THAT CALENDAR YEAR.

FOR PURPOSES OF THIS SECTION 10.1.1., BENEFITS WILL BE SUBJECT TO THE PROVISIONS OF SECTION 10.1.4., AND WILL BE TESTED BY THE AMOUNT OF AN ACTUARIALLY EQUIVALENT STRAIGHT LIFE ANNUITY ON THE MEMBER'S LIFE. THIS ACTUARIAL